Case 0:09-mc-61349-WPD Document 1 Entered on FLSD Docket 08/28/2009 Page 1 of 55

FILED by _____ D.C.
ELECTRONIC

**August 28, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: Corbin Fisher: The identification of John Does 1-500 Pursuant to the Digital Millennium Copyright Act of 1998 | ) ) ) ) ) |

## APPLICATION AND DECLARATION

Pursuant to the Digital Millennium Copyright Act of 1998, 17 U.S.C. § 512(h), Liberty Media Holdings, Inc. d/b/a Corbin Fisher, respectfully requests that the Clerk for the United States District Court for the Southern District of Florida issue the attached subpoena to Webazilla, LLC, and that the Clerk please open a file with the case style above, or in a form of the Court's preference.

As required by 17 U.S.C. § 512(h)(2)(A), a copy of the notification sent to the service provider is attached hereto.

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, Marc J. Randazza, attorney for Corbin Fisher, hereby swears that the purpose for which Corbin Fisher seeks the requested subpoena is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting Corbin Fisher's intellectual property rights.

Executed this the 25th day of August under penalty of perjury.

Marc John Randazza
Florida Bar 625566
Massachusetts Bar 651477

Cat / div _820/FTL_
Case # _09MC61349-_
Judge _WPD_    Mag _Snow_
Motn Ifp _____    Fee pd $ _39.00_
Receipt # _1002369_
_08/28/09_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| | ) |
| In re:  Corbin Fisher:  The identification of | ) |
| John  Does  1-500  Pursuant  to  the  Digital | ) |
| Millennium Copyright Act of 1998 | ) |
| | ) |

Exhibit A to Subpoena Served on Webazilla, LLC

Items and information requested pursuant to this subpoena:

1.    Any and all information in your possession pertaining to the identity of the individuals who own and operate Hotfile.com including, but not limited to:

   a.    The individual's name
   b.    The individual's address
   c.    The individual's email address
   d.    Billing information for hotfile.com's web hosting account
   e.    The physical address and phone number of Hotfile's business
   f.    The physical address and phone numbers for any Hotfile employees or principals
   g.    Your entire file on Hotfile, commencing with Hotfile's initial request to subscribe to your services, ending with any communications they have had with you regarding this particular action
   h.    Copies of any and all DMCA notices provided to you due to infringements by Hotfile or its users

2.    Documents pertaining to your "repeat infringer policy", or any similar policy, namely,
   a.    A copy of your repeat infringer policy
   b.    A listing of which prior customers were terminated pursuant to this policy

3.    Any and all information in your possession pertaining to the identity of the individuals who uploaded each and every file listed below, all of which were hosted on your servers.  This shall include the ip addresses of these users and any other information in your possession about them.

http://hotfile.com/dl/662953/1fb1391/ACS0001-1500kbps.wmv.html
http://hotfile.com/dl/663101/60501b6/ACS0002-1500kbps.wmv.html
http://hotfile.com/dl/663164/a25c45a/ACS0003-1500kbps.wmv.html
http://hotfile.com/dl/663437/ee6b2db/ACS0004-1500kbps.wmv.html
http://hotfile.com/dl/663499/2a67711/ACS0005-1500kbps.wmv.html
http://hotfile.com/dl/663549/7aa1b8b/ACS0006-1500kbps.wmv.html

http://hotfile.com/dl/663582/1bd73b6/ACS0007-1500kbps.wmv.html
http://hotfile.com/dl/663651/94dea2e/ACS0008-1500kbps.wmv.html
http://hotfile.com/dl/663692/d75a89f/ACS0009-1500kbps.wmv.html
http://hotfile.com/dl/663728/e25f69c/ACS0010-1500kbps.wmv.html
http://hotfile.com/dl/680760/de5e6db/ACS0011-1500kbps.wmv.html
http://hotfile.com/dl/680776/d7e17fc/ACS0012-1500kbps.wmv.html
http://hotfile.com/dl/680815/6021ce5/ACS0013-1500kbps.wmv.html
http://hotfile.com/dl/680846/3149259/ACS0014-1500kbps.wmv.html
http://hotfile.com/dl/680873/50ec7e9/ACS0015-1500kbps.wmv.html
http://hotfile.com/dl/680902/200441a/ACS0016-1500kbps.wmv.html
http://hotfile.com/dl/680921/5bd7f68/ACS0017-1500kbps.wmv.html
http://hotfile.com/dl/680953/e687ae0/ACS0018-1500kbps.wmv.html
http://hotfile.com/dl/681003/4bc1f98/ACS0019-1500kbps.wmv.html
http://hotfile.com/dl/681032/363912e/ACS0021-1500kbps.wmv.html
http://hotfile.com/dl/681063/83befb7/ACS0022-1500kbps.wmv.html
http://hotfile.com/dl/681089/28b2062/ACS0023-1500kbps.wmv.html
http://hotfile.com/dl/681119/0b60cf4/ACS0024-1500kbps.wmv.html
http://hotfile.com/dl/681152/dd92e73/ACS0025-1500kbps.wmv.html
http://hotfile.com/dl/681196/ba8f618/ACS0026-1500kbps.wmv.html
http://hotfile.com/dl/681258/e3df15a/ACS0027-1500kbps.wmv.html
http://hotfile.com/dl/681312/d38cfaf/ACS0028-1500kbps.wmv.html
http://hotfile.com/dl/681342/a279ad6/ACS0029-1500kbps.wmv.html
http://hotfile.com/dl/681369/b92b893/ACS0030-1500kbps.wmv.html
http://hotfile.com/dl/681408/ee5d981/ACS0031-1500kbps.wmv.html
http://hotfile.com/dl/681437/bdf223c/ACS0032-1500kbps.wmv.html
http://hotfile.com/dl/681463/66daf60/ACS0033-1500kbps.wmv.html
http://hotfile.com/dl/681490/8742ed0/ACS0034-1500kbps.wmv.html
http://hotfile.com/dl/681523/0897f4f/ACS0035-1500kbps.wmv.html
http://hotfile.com/dl/681556/449e957/ACS0036-1500kbps.wmv.html
http://hotfile.com/dl/681582/7dafb9d/ACS0037-1500kbps.wmv.html
http://hotfile.com/dl/681613/feb1f35/ACS0038-1500kbps.wmv.html
http://hotfile.com/dl/681628/e47ad0f/ACS0039-1500kbps.wmv.html
http://hotfile.com/dl/681666/61e32fe/ACS0040-1500kbps.wmv.html
http://hotfile.com/dl/681699/357e24c/ACS0041-1500kbps.wmv.html
http://hotfile.com/dl/681715/2c7cc77/ACS0042-1500kbps.wmv.html
http://hotfile.com/dl/697928/485ebcb/ACS0043-1500kbps.wmv.html
http://hotfile.com/dl/697964/3c5b763/ACS0044-1500kbps.wmv.html
http://hotfile.com/dl/698000/0756140/ACS0045-1500kbps.wmv.html
http://hotfile.com/dl/698038/54b53bd/ACS0046-1500kbps.wmv.html
http://hotfile.com/dl/698076/531d79a/ACS0047-1500kbps.wmv.html

http://hotfile.com/dl/698205/98df154/ACS0048-1500kbps.wmv.html
http://hotfile.com/dl/698233/5106a45/ACS0049-1500kbps.wmv.html
http://hotfile.com/dl/698275/1621d13/ACS0050-1500kbps.wmv.html
http://hotfile.com/dl/698306/59718ab/ACS0051-1500kbps.wmv.html
http://hotfile.com/dl/698349/40ec927/ACS0052-1500kbps.wmv.html
http://hotfile.com/dl/698671/35a0261/ACS0053-1500kbps.wmv.html
http://hotfile.com/dl/698709/175dffc/ACS0054-1500kbps.wmv.html
http://hotfile.com/dl/698749/6a49f1f/ACS0055-1500kbps.wmv.html
http://hotfile.com/dl/698784/a579ed9/ACS0056-1500kbps.wmv.html
http://hotfile.com/dl/698812/8985c8c/ACS0057-1500kbps.wmv.html
http://hotfile.com/dl/698842/1a38be7/ACS0058-1500kbps.wmv.html
http://hotfile.com/dl/698874/9de7c50/ACS0059-1500kbps.wmv.html
http://hotfile.com/dl/698902/638a696/ACS0060-1500kbps.wmv.html
http://hotfile.com/dl/698935/1ab6c01/ACS0061-1500kbps.wmv.html
http://hotfile.com/dl/698957/5f37dd5/ACS0062-1500kbps.wmv.html
http://hotfile.com/dl/698986/5c6c621/ACS0063-1500kbps.wmv.html
http://hotfile.com/dl/699012/eb4cde6/ACS0064-1500kbps.wmv.html
http://hotfile.com/dl/699042/dac94d1/ACS0065-1500kbps.wmv.html
http://hotfile.com/dl/699074/9340451/ACS0066-1500kbps.wmv.html
http://hotfile.com/dl/699100/347b333/ACS0067-1500kbps.wmv.html
http://hotfile.com/dl/699137/c9c1b2c/ACS0068-1500kbps.wmv.html
http://hotfile.com/dl/699176/05e875e/ACS0069-1500kbps.wmv.html
http://hotfile.com/dl/699203/3f864ee/ACS0070-1500kbps.wmv.html
http://hotfile.com/dl/699228/9399165/ACS0071-1500kbps.wmv.html
http://hotfile.com/dl/699431/55d4666/ACS0072-1500kbps.wmv.html
http://hotfile.com/dl/699460/fc92bef/ACS0073-1500kbps.wmv.html
http://hotfile.com/dl/699514/890da8a/ACS0074-1500kbps.wmv.html
http://hotfile.com/dl/699538/6d12245/ACS0075-1500kbps.wmv.html
http://hotfile.com/dl/699566/23678c4/ACS0076-1500kbps.wmv.html
http://hotfile.com/dl/734149/38aff09/ACS0077-1500kbps.wmv.html
http://hotfile.com/dl/734167/b50d2ad/ACS0078-1500kbps.wmv.html
http://hotfile.com/dl/734183/e775b5c/ACS0079-1500kbps.wmv.html
http://hotfile.com/dl/734193/218ef1d/ACS0080-1500kbps.wmv.html
http://hotfile.com/dl/734202/4a36cf2/ACS0081-1500kbps.wmv.html
http://hotfile.com/dl/734208/4634794/ACS0082-1500kbps.wmv.html
http://hotfile.com/dl/734229/4a3f8dc/ACS0083-1500kbps.wmv.html
http://hotfile.com/dl/734252/524c28b/ACS0084-1500kbps.wmv.html
http://hotfile.com/dl/734265/1445749/ACS0085-1500kbps.wmv.html
http://hotfile.com/dl/734279/aa40f16/ACS0086-1500kbps.wmv.html
http://hotfile.com/dl/734299/ff247ff/ACS0087-1500kbps.wmv.html

http://hotfile.com/dl/734314/09f9f49/ACS0088-1500kbps.wmv.html
http://hotfile.com/dl/734334/8b80416/ACS0089-1500kbps.wmv.html
http://hotfile.com/dl/734358/b3be2af/ACS0090-1500kbps.wmv.html
http://hotfile.com/dl/734387/4d7e6d5/ACS0091-1500kbps.wmv.html
http://hotfile.com/dl/734396/b93faef/ACS0092-1500kbps.wmv.html
http://hotfile.com/dl/734413/30fe4e8/ACS0093-1500kbps.wmv.html
http://hotfile.com/dl/734428/c94c4da/ACS0094-1500kbps.wmv.html
http://hotfile.com/dl/734442/f4009f5/ACS0095-1500kbps.wmv.html
http://hotfile.com/dl/734468/4905693/ACS0096-1500kbps.wmv.html
http://hotfile.com/dl/734489/20bba5c/ACS0097-1500kbps.wmv.html
http://hotfile.com/dl/734502/99ea3ad/ACS0098-1500kbps.wmv.html
http://hotfile.com/dl/734543/0e9e8f6/ACS0099-1500kbps.wmv.html
http://hotfile.com/dl/734561/e52dc58/ACS0100-1500kbps.wmv.html
http://hotfile.com/dl/734583/7cd2a74/ACS0101-1500kbps.wmv.html
http://hotfile.com/dl/734599/abf80a3/ACS0102-1500kbps.wmv.html
http://hotfile.com/dl/734605/1967e94/ACS0103-1500kbps.wmv.html
http://hotfile.com/dl/734619/42eeb0c/ACS0104-1500kbps.wmv.html
http://hotfile.com/dl/734636/8c42509/ACS0105-1500kbps.wmv.html
http://hotfile.com/dl/734651/0998002/ACS0106-1500kbps.wmv.html
http://hotfile.com/dl/734665/4b6c8ae/ACS0107-1500kbps.wmv.html
http://hotfile.com/dl/734673/6c9df3f/ACS0108-1500kbps.wmv.html
http://hotfile.com/dl/734684/ee8bdc4/ACS0109-1500kbps.wmv.html
http://hotfile.com/dl/734694/b80d695/ACS0110-1500kbps.wmv.html
http://hotfile.com/dl/734699/21a5fb5/ACS0111-1500kbps.wmv.html
http://hotfile.com/dl/741802/44078a2/ACS0112-1500kbps.wmv.html
http://hotfile.com/dl/741824/75b4585/ACS0113-1500kbps.wmv.html
http://hotfile.com/dl/741849/f6813c9/ACS0114-1500kbps.wmv.html
http://hotfile.com/dl/741858/9108ba8/ACS0115-1500kbps.wmv.html
http://hotfile.com/dl/757594/8e46d91/ACS0116-1500kbps.wmv.html
http://hotfile.com/dl/757640/6b7572e/ACS0117-1500kbps.wmv.html
http://hotfile.com/dl/757677/bb75047/ACS0118-1500kbps.wmv.html
http://hotfile.com/dl/758362/c0b0c96/ACS0119-1500kbps.wmv.html
http://hotfile.com/dl/758382/e311d83/ACS0120-1500kbps.wmv.html
http://hotfile.com/dl/758457/c728698/ACS0121-1500kbps.wmv.html
http://hotfile.com/dl/758472/57b30a1/ACS0122-1500kbps.wmv.html
http://hotfile.com/dl/758527/25fe72d/ACS0123-1500kbps.wmv.html
http://hotfile.com/dl/758565/3bbae8b/ACS0124-1500kbps.wmv.html
http://hotfile.com/dl/758674/d832d57/ACS0125-1500kbps.wmv.html
http://hotfile.com/dl/758704/be2adcb/ACS0126-1500kbps.wmv.html
http://hotfile.com/dl/758749/4db389f/ACS0127-1500kbps.wmv.html

http://hotfile.com/dl/758799/528be75/ACS0128-1500kbps.wmv.html
http://hotfile.com/dl/758819/7ca5c3d/ACS0129-1500kbps.wmv.html
http://hotfile.com/dl/758850/b7a20b8/ACS0130-1500kbps.wmv.html
http://hotfile.com/dl/1059764/7dc5b68/ACS0131-1500kbps.wmv.html
http://hotfile.com/dl/758984/e02d67e/ACS0132-1500kbps.wmv.html
http://hotfile.com/dl/759012/862f924/ACS0133-1500kbps.wmv.html
http://hotfile.com/dl/759097/f3f04fd/ACS0134-1500kbps.wmv.html
http://hotfile.com/dl/759147/743dbf6/ACS0135-1500kbps.wmv.html
http://hotfile.com/dl/759179/b34a3f0/ACS0136-1500kbps.wmv.html
http://hotfile.com/dl/759210/734f12b/ACS0137-1500kbps.wmv.html
http://hotfile.com/dl/759298/8a1244d/ACS0138-1500kbps.wmv.html
http://hotfile.com/dl/759318/b328cf7/ACS0139-1500kbps.wmv.html
http://hotfile.com/dl/759374/8777fb3/ACS0140-1500kbps.wmv.html
http://hotfile.com/dl/759419/2395792/ACS0141-1500kbps.wmv.html
http://hotfile.com/dl/759475/67d40aa/ACS0142-1500kbps.wmv.html
http://hotfile.com/dl/759511/f58a86e/ACS0143-1500kbps.wmv.html
http://hotfile.com/dl/759556/15318ea/ACS0144-1500kbps.wmv.html
http://hotfile.com/dl/759603/48e6d61/ACS0145-1500kbps.wmv.html
http://hotfile.com/dl/759643/fb5f723/ACS0146-1500kbps.wmv.html
http://hotfile.com/dl/759666/2f6d535/ACS0147-1500kbps.wmv.html
http://hotfile.com/dl/759709/ecda500/ACS0148-1500kbps.wmv.html
http://hotfile.com/dl/759722/0badcde/ACS0149-1500kbps.wmv.html
http://hotfile.com/dl/759742/5412a3c/ACS0150-1500kbps.wmv.html
http://hotfile.com/dl/759768/ab23a74/ACS0151-1500kbps.wmv.html
http://hotfile.com/dl/774506/dd254c4/ACS0152-1500kbps.wmv.html
http://hotfile.com/dl/774528/5ede215/ACS0153-1500kbps.wmv.html
http://hotfile.com/dl/774552/e9f4f47/ACS0154-1500kbps.wmv.html
http://hotfile.com/dl/774565/f648935/ACS0155-1500kbps.wmv.html
http://hotfile.com/dl/774581/7f41be8/ACS0156-1500kbps.wmv.html
http://hotfile.com/dl/774602/f37fe50/ACS0157-1500kbps.wmv.html
http://hotfile.com/dl/774621/d4afe7a/ACS0158-1500kbps.wmv.html
http://hotfile.com/dl/774632/fa0a2ab/ACS0159-1500kbps.wmv.html
http://hotfile.com/dl/774644/d049a5a/ACS0160-1500kbps.wmv.html
http://hotfile.com/dl/774662/906f6f7/ACS0161-1500kbps.wmv.html
http://hotfile.com/dl/774682/33c2b5b/ACS0162-1500kbps.wmv.html
http://hotfile.com/dl/774695/783e393/ACS0163-1500kbps.wmv.html
http://hotfile.com/dl/774714/1da8d67/ACS0164-1500kbps.wmv.html
http://hotfile.com/dl/774728/93a8764/ACS0165-1500kbps.wmv.html
http://hotfile.com/dl/774749/b1433d9/ACS0166-1500kbps.wmv.html
http://hotfile.com/dl/774772/9ee2867/ACS0167-1500kbps.wmv.html

http://hotfile.com/dl/774796/f467b18/ACS0168-1500kbps.wmv.html
http://hotfile.com/dl/774813/371a299/ACS0169-1500kbps.wmv.html
http://hotfile.com/dl/774831/55926e6/ACS0170-1500kbps.wmv.html
http://hotfile.com/dl/774839/d3d282c/ACS0171-1500kbps.wmv.html
http://hotfile.com/dl/774855/98a942a/ACS0172-1500kbps.wmv.html
http://hotfile.com/dl/774872/dfaf6f1/ACS0173-1500kbps.wmv.html
http://hotfile.com/dl/774883/35892a4/ACS0174-1500kbps.wmv.html
http://hotfile.com/dl/774904/a208b82/ACS0175-1500kbps.wmv.html
http://hotfile.com/dl/774930/14fdca2/ACS0176-1500kbps.wmv.html
http://hotfile.com/dl/775000/98613e9/ACS0177-1500kbps.wmv.html
http://hotfile.com/dl/775046/2556ca7/ACS0178-1500kbps.wmv.html
http://hotfile.com/dl/775072/c7eeafb/ACS0179-1500kbps.wmv.html
http://hotfile.com/dl/775105/3bddc8e/ACS0180-1500kbps.wmv.html
http://hotfile.com/dl/741774/4a4869e/ACS0181-1500kbps.wmv.html
http://hotfile.com/dl/741760/69099d9/ACS0182-1500kbps.wmv.html
http://hotfile.com/dl/741750/6b11ab6/ACS0183-1500kbps.wmv.html
http://hotfile.com/dl/741613/5d7ef42/ACS0184-1500kbps.wmv.html
http://hotfile.com/dl/741590/7c54f97/ACS0185-1500kbps.wmv.html
http://hotfile.com/dl/741560/f571282/ACS0186-1500kbps.wmv.html
http://hotfile.com/dl/741530/f59892e/ACS0187-1500kbps.wmv.html
http://hotfile.com/dl/741487/df1fd8f/ACS0188-1500kbps.wmv.html
http://hotfile.com/dl/741454/b2423de/ACS0189-1500kbps.wmv.html
http://hotfile.com/dl/860517/fb4a434/ACS0190-1500kbps.wmv.html
http://hotfile.com/dl/1045654/baed8b3/ACS0191-1500kbps.wmv.html
http://hotfile.com/dl/1166592/3399d39/ACM0458-1500kbps.wmv.html
http://hotfile.com/dl/1166568/80af29f/ACM0459-1500kbps.wmv.html
http://hotfile.com/dl/1166517/ec48e61/ACM0460-1500kbps.wmv.html
http://hotfile.com/dl/1166477/b7fee4a/ACM0461-1500kbps.wmv.html
http://hotfile.com/dl/1166450/f8593ce/ACM0462-1500kbps.wmv.html
http://hotfile.com/dl/1166413/d6e6737/ACM0463-1500kbps.wmv.html
http://hotfile.com/dl/1166349/c1c1848/ACM0464-1500kbps.wmv.html
http://hotfile.com/dl/1166309/49b076d/ACM0465-1500kbps.wmv.html
http://hotfile.com/dl/1166261/afaaafe/ACM0466-1500kbps.wmv.html
http://hotfile.com/dl/1166194/cf75f9d/ACM0467-1500kbps.wmv.html
http://hotfile.com/dl/1166173/f212612/ACM0468-1500kbps.wmv.html
http://hotfile.com/dl/1166150/bd92373/ACM0469-1500kbps.wmv.html
http://hotfile.com/dl/1166123/1a47334/ACM0470-1500kbps.wmv.html
http://hotfile.com/dl/1166104/4c44f7a/ACM0471-1500kbps.wmv.html
http://hotfile.com/dl/1166074/e2fb3ad/ACM0472-1500kbps.wmv.html
http://hotfile.com/dl/1166046/7ae6475/ACM0473-1500kbps.wmv.html

http://hotfile.com/dl/1166062/aab202a/ACM0474-1500kbps.wmv.html
http://hotfile.com/dl/1166025/c1048d2/ACM0475-1500kbps.wmv.html
http://hotfile.com/dl/1166013/24c3291/ACM0476-1500kbps.wmv.html
http://hotfile.com/dl/1165991/f25b461/ACM0477-1500kbps.wmv.html
http://hotfile.com/dl/1165972/0d7d456/ACM0478-1500kbps.wmv.html
http://hotfile.com/dl/1165918/10f9d84/ACM0479-1500kbps.wmv.html
http://hotfile.com/dl/1165885/6285809/ACM0480-1500kbps.wmv.html
http://hotfile.com/dl/1165855/cd47c33/ACM0481-1500kbps.wmv.html
http://hotfile.com/dl/1165833/55a4fe2/ACM0482-1500kbps.wmv.html
http://hotfile.com/dl/1165782/3c14490/ACM0483-1500kbps.wmv.html
http://hotfile.com/dl/1165757/8c312ef/ACM0484-1500kbps.wmv.html
http://hotfile.com/dl/1165729/c424607/ACM0485-1500kbps.wmv.html
http://hotfile.com/dl/1165693/79ec692/ACM0486-1500kbps.wmv.html
http://hotfile.com/dl/1165659/f6bedc5/ACM0487-1500kbps.wmv.html
http://hotfile.com/dl/1165630/2a0565e/ACM0488-1500kbps.wmv.html
http://hotfile.com/dl/1165599/99ece4b/ACM0489-1500kbps.wmv.html
http://hotfile.com/dl/1165588/00219f3/ACM0490-1500kbps.wmv.html
http://hotfile.com/dl/1165566/5fc59f2/ACM0491-1500kbps.wmv.html
http://hotfile.com/dl/1165550/1b5058b/ACM0492-1500kbps.wmv.html
http://hotfile.com/dl/1165526/6c4d8d8/ACM0493-1500kbps.wmv.html
http://hotfile.com/dl/1165489/b383c96/ACM0494-1500kbps.wmv.html
http://hotfile.com/dl/1165512/6550971/ACM0495-1500kbps.wmv.html
http://hotfile.com/dl/1165460/d3c6cf0/ACM0496-1500kbps.wmv.html
http://hotfile.com/dl/1165427/d00b6ea/ACM0497-1500kbps.wmv.html
http://hotfile.com/dl/1165381/556b0fa/ACM0498-1500kbps.wmv.html
http://hotfile.com/dl/1165327/180282a/ACM0499-1500kbps.wmv.html
http://hotfile.com/dl/1165040/d3a9b6a/ACM0500-1500kbps.wmv.html
http://hotfile.com/dl/1164963/af5254c/ACM0501-1500kbps.wmv.html
http://hotfile.com/dl/1164856/5c8fcf1/ACM0502-1500kbps.wmv.html
http://hotfile.com/dl/1164737/a15ac91/ACM0503-1500kbps.wmv.html
http://hotfile.com/dl/1164612/95280d0/ACM0504-1500kbps.wmv.html
http://hotfile.com/dl/1164510/4849f39/ACM0505-1500kbps.wmv.html
http://hotfile.com/dl/1164407/914ac5d/ACM0506-1500kbps.wmv.html
http://hotfile.com/dl/1164254/ea3bcd2/ACM0507-1500kbps.wmv.html
http://hotfile.com/dl/1164073/614a811/ACM0508-1500kbps.wmv.html
http://hotfile.com/dl/1058891/e6219af/ACM0509-1500kbps.wmv.html
http://hotfile.com/dl/1058828/6d40960/ACM0510-1500kbps.wmv.html
http://hotfile.com/dl/1058778/f5b6613/ACM0511-1500kbps.wmv.html
http://hotfile.com/dl/1058744/3105a79/ACM0512-1500kbps.wmv.html
http://hotfile.com/dl/1058724/48a1d9a/ACM0513-1500kbps.wmv.html

http://hotfile.com/dl/1058698/61e290e/ACM0514-1500kbps.wmv.html
http://hotfile.com/dl/1058663/443687f/ACM0515-1500kbps.wmv.html
http://hotfile.com/dl/1058645/1cb99b2/ACM0516-1500kbps.wmv.html
http://hotfile.com/dl/1058599/966f6b4/ACM0517-1500kbps.wmv.html
http://hotfile.com/dl/1058555/58fb41d/ACM0518-1500kbps.wmv.html
http://hotfile.com/dl/1058516/694b8b0/ACM0519-1500kbps.wmv.html
http://hotfile.com/dl/1058471/0f4338a/ACM0520-1500kbps.wmv.html
http://hotfile.com/dl/1058446/b1c0dfe/ACM0521-1500kbps.wmv.html
http://hotfile.com/dl/1058370/fc3bfb7/ACM0522-1500kbps.wmv.html
http://hotfile.com/dl/1058295/24813b5/ACM0523-1500kbps.wmv.html
http://hotfile.com/dl/1058254/3f1c06c/ACM0524-1500kbps.wmv.html
http://hotfile.com/dl/1058137/74787d5/ACM0525-1500kbps.wmv.html
http://hotfile.com/dl/1058107/68ef3fd/ACM0526-1500kbps.wmv.html
http://hotfile.com/dl/1058083/b6d90d7/ACM0527-1500kbps.wmv.html
http://hotfile.com/dl/1058055/552506e/ACM0528-1500kbps.wmv.html
http://hotfile.com/dl/1058008/d498fa8/ACM0529-1500kbps.wmv.html
http://hotfile.com/dl/1057928/3e96980/ACM0530-1500kbps.wmv.html
http://hotfile.com/dl/1057804/bf9ae77/ACM0531-1500kbps.wmv.html
http://hotfile.com/dl/1057628/948ab64/ACM0532-1500kbps.wmv.html
http://hotfile.com/dl/1057452/0886ad1/ACM0533-1500kbps.wmv.html
http://hotfile.com/dl/1057169/6ca5920/ACM0534-1500kbps.wmv.html
http://hotfile.com/dl/1056864/1d57c90/ACM0535-1500kbps.wmv.html
http://hotfile.com/dl/1056539/b402003/ACM0536-1500kbps.wmv.html
http://hotfile.com/dl/1056161/e6d5ab8/ACM0537-1500kbps.wmv.html
http://hotfile.com/dl/1055724/1d5785f/ACM0538-1500kbps.wmv.html
http://hotfile.com/dl/1055458/faf95b0/ACM0539-1500kbps.wmv.html
http://hotfile.com/dl/1054687/3c4f6ad/ACM0540-1500kbps.wmv.html
http://hotfile.com/dl/1054276/4f49547/ACM0541-1500kbps.wmv.html
http://hotfile.com/dl/1053780/1833ab7/ACM0542-1500kbps.wmv.html
http://hotfile.com/dl/1053313/6b989cf/ACM0543-1500kbps.wmv.html
http://hotfile.com/dl/1052823/50063c2/ACM0544-1500kbps.wmv.html
http://hotfile.com/dl/1052414/91860a6/ACM0545-1500kbps.wmv.html
http://hotfile.com/dl/1051942/874ec27/ACM0546-1500kbps.wmv.html
http://hotfile.com/dl/1051283/4e446e6/ACM0547-1500kbps.wmv.html
http://hotfile.com/dl/1050305/eb4367d/ACM0548-1500kbps.wmv.html
http://hotfile.com/dl/1049627/6ae7f64/ACM0549-1500kbps.wmv.html
http://hotfile.com/dl/1048729/4231462/ACM0550-1500kbps.wmv.html
http://hotfile.com/dl/1048178/8eed49b/ACM0551-1500kbps.wmv.html
http://hotfile.com/dl/1047472/06a79a5/ACM0552-1500kbps.wmv.html
http://hotfile.com/dl/953529/f4ce955/ACM0553-1500kbps.wmv.html

http://hotfile.com/dl/953505/c971868/ACM0554-1500kbps.wmv.html
http://hotfile.com/dl/953484/b39cd7b/ACM0555-1500kbps.wmv.html
http://hotfile.com/dl/953465/2bf48a8/ACM0556-1500kbps.wmv.html
http://hotfile.com/dl/953445/835769f/ACM0557-1500kbps.wmv.html
http://hotfile.com/dl/953431/80f4fc2/ACM0558-1500kbps.wmv.html
http://hotfile.com/dl/953408/98e3cb8/ACM0559-1500kbps.wmv.html
http://hotfile.com/dl/953398/96456f0/ACM0560-1500kbps.wmv.html
http://hotfile.com/dl/953370/34a8d06/ACM0561-1500kbps.wmv.html
http://hotfile.com/dl/953354/6a96525/ACM0562-1500kbps.wmv.html
http://hotfile.com/dl/952140/80f2d1b/ACM0563-1500kbps.wmv.html
http://hotfile.com/dl/952153/e858ad0/ACM0564-1500kbps.wmv.html
http://hotfile.com/dl/952105/75ed876/ACM0565-1500kbps.wmv.html
http://hotfile.com/dl/952086/d973e34/ACM0566-1500kbps.wmv.html
http://hotfile.com/dl/952066/c6876e2/ACM0567-1500kbps.wmv.html
http://hotfile.com/dl/952041/63fef0f/ACM0568-1500kbps.wmv.html
http://hotfile.com/dl/952015/f616998/ACM0569-1500kbps.wmv.html
http://hotfile.com/dl/951993/44caf5c/ACM0570-1500kbps.wmv.html
http://hotfile.com/dl/951976/85a4267/ACM0571-1500kbps.wmv.html
http://hotfile.com/dl/951958/ae78f9d/ACM0572-1500kbps.wmv.html
http://hotfile.com/dl/951869/8438a29/ACM0573-1500kbps.wmv.html
http://hotfile.com/dl/951661/4c25358/ACM0574-1500kbps.wmv.html
http://hotfile.com/dl/950613/8a0be33/ACM0575-1500kbps.wmv.html
http://hotfile.com/dl/950766/83b658f/ACM0576-1500kbps.wmv.html
http://hotfile.com/dl/951536/fd475f8/ACM0577-1500kbps.wmv.html
http://hotfile.com/dl/865731/a7154e2/ACM0578-1500kbps.wmv.html
http://hotfile.com/dl/865613/4d77e2c/ACM0579-1500kbps.wmv.html
http://hotfile.com/dl/865397/59907da/ACM0580-1500kbps.wmv.html
http://hotfile.com/dl/865226/3cbdd68/ACM0581-1500kbps.wmv.html
http://hotfile.com/dl/865130/2370f06/ACM0582-1500kbps.wmv.html
http://hotfile.com/dl/865040/ff82ed1/ACM0583-1500kbps.wmv.html
http://hotfile.com/dl/864864/894d68e/ACM0584-1500kbps.wmv.html
http://hotfile.com/dl/864768/fc517f4/ACM0585-1500kbps.wmv.html
http://hotfile.com/dl/864542/0b77a20/ACM0586-1500kbps.wmv.html
http://hotfile.com/dl/864639/30a58ba/ACM0587-1500kbps.wmv.html
http://hotfile.com/dl/864678/4b6b90c/ACM0588-1500kbps.wmv.html
http://hotfile.com/dl/864436/d197d8b/ACM0589-1500kbps.wmv.html
http://hotfile.com/dl/864302/8857376/ACM0590-1500kbps.wmv.html
http://hotfile.com/dl/864181/dd48d1e/ACM0591-1500kbps.wmv.html
http://hotfile.com/dl/864071/0e3b5be/ACM0592-1500kbps.wmv.html
http://hotfile.com/dl/863953/a261fd6/ACM0593-1500kbps.wmv.html

http://hotfile.com/dl/863838/0c27ff5/ACM0594-1500kbps.wmv.html
http://hotfile.com/dl/863703/68557a8/ACM0595-1500kbps.wmv.html
http://hotfile.com/dl/863526/abbba77/ACM0596-1500kbps.wmv.html
http://hotfile.com/dl/862694/1558a01/ACM0597-1500kbps.wmv.html
http://hotfile.com/dl/862480/5403b76/ACM0598-1500kbps.wmv.html
http://hotfile.com/dl/862315/0d46573/ACM0599-1500kbps.wmv.html
http://hotfile.com/dl/862071/2b9a941/ACM0600-1500kbps.wmv.html
http://hotfile.com/dl/861788/73dffe0/ACM0601-1500kbps.wmv.html
http://hotfile.com/dl/861598/793b3e1/ACM0602-1500kbps.wmv.html
http://hotfile.com/dl/861325/59ec6b6/ACM0603-1500kbps.wmv.html
http://hotfile.com/dl/861133/7e38a87/ACM0604-1500kbps.wmv.html
http://hotfile.com/dl/807746/fa6e6c5/ACM0605-1500kbps.wmv.html
http://hotfile.com/dl/807712/5aac5ed/ACM0606-1500kbps.wmv.html
http://hotfile.com/dl/807699/10595a8/ACM0607-1500kbps.wmv.html
http://hotfile.com/dl/807668/c76cfcf/ACM0608-1500kbps.wmv.html
http://hotfile.com/dl/807638/6c1ede2/ACM0609-1500kbps.wmv.html
http://hotfile.com/dl/807472/ce2de54/ACM0610-1500kbps.wmv.html
http://hotfile.com/dl/807450/f44b701/ACM0611-1500kbps.wmv.html
http://hotfile.com/dl/807396/f93bd23/ACM0612-1500kbps.wmv.html
http://hotfile.com/dl/807383/98b9a26/ACM0613-1500kbps.wmv.html
http://hotfile.com/dl/807352/48e9edf/ACM0614-1500kbps.wmv.html
http://hotfile.com/dl/807327/d9ae4bc/ACM0615-1500kbps.wmv.html
http://hotfile.com/dl/807334/81c8786/ACM0616-1500kbps.wmv.html
http://hotfile.com/dl/807338/978ef80/ACM0617-1500kbps.wmv.html
http://hotfile.com/dl/807309/7cc25fc/ACM0618-1500kbps.wmv.html
http://hotfile.com/dl/807291/f9a99c3/ACM0619-1500kbps.wmv.html
http://hotfile.com/dl/807283/53bb785/ACM0620-1500kbps.wmv.html
http://hotfile.com/dl/807261/3caa6eb/ACM0621-1500kbps.wmv.html
http://hotfile.com/dl/807241/a52de0b/ACM0622-1500kbps.wmv.html
http://hotfile.com/dl/807226/2984aa9/ACM0623-1500kbps.wmv.html
http://hotfile.com/dl/807201/ebcac94/ACM0624-1500kbps.wmv.html
http://hotfile.com/dl/807173/f7538a1/ACM0625-1500kbps.wmv.html
http://hotfile.com/dl/807149/ced716f/ACM0626-1500kbps.wmv.html
http://hotfile.com/dl/807131/5ac0d14/ACM0627-1500kbps.wmv.html
http://hotfile.com/dl/807098/708bfd2/ACM0628-1500kbps.wmv.html
http://hotfile.com/dl/806781/81061aa/ACM0629-1500kbps.wmv.html
http://hotfile.com/dl/806751/a8bd442/ACM0630-1500kbps.wmv.html
http://hotfile.com/dl/806724/f4b1d5c/ACM0631-1500kbps.wmv.html
http://hotfile.com/dl/806693/49f7cf1/ACM0632-1500kbps.wmv.html
http://hotfile.com/dl/806666/e624bb8/ACM0633-1500kbps.wmv.html

http://hotfile.com/dl/806654/fdf1c04/ACM0634-1500kbps.wmv.html
http://hotfile.com/dl/806644/d65aa23/ACM0635-1500kbps.wmv.html
http://hotfile.com/dl/806632/84f53e1/ACM0636-1500kbps.wmv.html
http://hotfile.com/dl/806617/0bacfb6/ACM0637-1500kbps.wmv.html
http://hotfile.com/dl/806606/111d367/ACM0638-1500kbps.wmv.html
http://hotfile.com/dl/806592/166ddbd/ACM0639-1500kbps.wmv.html
http://hotfile.com/dl/806583/2b8a987/ACM0640-1500kbps.wmv.html
http://hotfile.com/dl/806559/602c495/ACM0641-1500kbps.wmv.html
http://hotfile.com/dl/806550/6f6532e/ACM0642-1500kbps.wmv.html
http://hotfile.com/dl/806535/9794165/ACM0643-1500kbps.wmv.html
http://hotfile.com/dl/806517/25723ad/ACM0644-1500kbps.wmv.html
http://hotfile.com/dl/806501/eaf81a3/ACM0645-1500kbps.wmv.html
http://hotfile.com/dl/806482/0f53df2/ACM0646-1500kbps.wmv.html
http://hotfile.com/dl/806448/c6886bb/ACM0647-1500kbps.wmv.html
http://hotfile.com/dl/806467/c0289c3/ACM0648-1500kbps.wmv.html
http://hotfile.com/dl/806423/5fd4682/ACM0649-1500kbps.wmv.html
http://hotfile.com/dl/806408/a6224e3/ACM0650-1500kbps.wmv.html
http://hotfile.com/dl/806396/99ab3f0/ACM0651-1500kbps.wmv.html
http://hotfile.com/dl/775853/b6d7288/ACM0652-1500kbps.wmv.html
http://hotfile.com/dl/775592/5a905ce/ACM0653-1500kbps.wmv.html
http://hotfile.com/dl/775580/b95fd75/ACM0654-1500kbps.wmv.html
http://hotfile.com/dl/775573/79b855c/ACM0655-1500kbps.wmv.html
http://hotfile.com/dl/775561/1e60622/ACM0656-1500kbps.wmv.html
http://hotfile.com/dl/775546/32c30be/ACM0657-1500kbps.wmv.html
http://hotfile.com/dl/775529/cb92f51/ACM0658-1500kbps.wmv.html
http://hotfile.com/dl/775516/d6b0b3c/ACM0659-1500kbps.wmv.html
http://hotfile.com/dl/775509/9f836a0/ACM0660-1500kbps.wmv.html
http://hotfile.com/dl/775499/008d81b/ACM0661-1500kbps.wmv.html
http://hotfile.com/dl/775485/e566355/ACM0662-1500kbps.wmv.html
http://hotfile.com/dl/775465/0f462bc/ACM0663-1500kbps.wmv.html
http://hotfile.com/dl/775453/84e170f/ACM0664-1500kbps.wmv.html
http://hotfile.com/dl/775441/2ab9352/ACM0665-1500kbps.wmv.html
http://hotfile.com/dl/775416/a5319ba/ACM0666-1500kbps.wmv.html
http://hotfile.com/dl/775429/275a6c1/ACM0667-1500kbps.wmv.html
http://hotfile.com/dl/775393/305f6f7/ACM0668-1500kbps.wmv.html
http://hotfile.com/dl/775349/1b4ee3d/ACM0669-1500kbps.wmv.html
http://hotfile.com/dl/775317/4e06af1/ACM0670-1500kbps.wmv.html
http://hotfile.com/dl/775307/ce1a24d/ACM0671-1500kbps.wmv.html
http://hotfile.com/dl/806162/59d023f/ACM0671-1500kbps.wmv.html
http://hotfile.com/dl/775277/1399eb8/ACM0671-1500kbps.wmv.html

http://hotfile.com/dl/806343/ca72b41/ACM0672-1500kbps.wmv.html
http://hotfile.com/dl/949301/96b0fae/ACM0673-1500kbps.wmv.html
http://hotfile.com/dl/949512/c67eed0/ACM0674-1500kbps.wmv.html
http://hotfile.com/dl/1197550/bf57948/ACM0457-1500kbps.wmv.html
http://hotfile.com/dl/1197591/171e9df/ACM0456-1500kbps.wmv.html
http://hotfile.com/dl/1197647/fddf563/ACM0455-1500kbps.wmv.html
http://hotfile.com/dl/1197664/41dc0bd/ACM0454-1500kbps.wmv.html
http://hotfile.com/dl/1197675/64799c6/ACM0453-1500kbps.wmv.html
http://hotfile.com/dl/1197702/633eec7/ACM0452-1500kbps.wmv.html
http://hotfile.com/dl/1197713/201401f/ACM0451-1500kbps.wmv.html
http://hotfile.com/dl/1197728/911b49d/ACM0450-1500kbps.wmv.html
http://hotfile.com/dl/1197744/a5045e6/ACM0449-1500kbps.wmv.html
http://hotfile.com/dl/1197753/e7ca9e9/ACM0448-1500kbps.wmv.html
http://hotfile.com/dl/1197767/d48889e/ACM0447-1500kbps.wmv.html
http://hotfile.com/dl/1197788/1151b2c/ACM0446-1500kbps.wmv.html
http://hotfile.com/dl/1197845/c69ce3c/ACM0445-1500kbps.wmv.html
http://hotfile.com/dl/1197853/1826127/ACM0444-1500kbps.wmv.html
http://hotfile.com/dl/1197873/8a8d64b/ACM0443-1500kbps.wmv.html
http://hotfile.com/dl/1197884/fec241a/ACM0442-1500kbps.wmv.html
http://hotfile.com/dl/1197892/c1adfbd/ACM0441-1500kbps.wmv.html
http://hotfile.com/dl/1197901/a7fe6d9/ACM0440-1500kbps.wmv.html
http://hotfile.com/dl/1197923/5946dd3/ACM0439-1500kbps.wmv.html
http://hotfile.com/dl/1197937/3d0fcf3/ACM0438-1500kbps.wmv.html
http://hotfile.com/dl/1197956/bef4e76/ACM0437-1500kbps.wmv.html
http://hotfile.com/dl/1197984/a6d0b02/ACM0436-1500kbps.wmv.html
http://hotfile.com/dl/1197994/b1e72d3/ACM0435-1500kbps.wmv.html
http://hotfile.com/dl/1198015/b4acb35/ACM0434-1500kbps.wmv.html
http://hotfile.com/dl/1198048/09d045d/ACM0433-1500kbps.wmv.html
http://hotfile.com/dl/1198063/18f921a/ACM0432-1500kbps.wmv.html
http://hotfile.com/dl/1198095/98d1483/ACM0431-1500kbps.wmv.html
http://hotfile.com/dl/1198113/c0227c5/ACM0430-1500kbps.wmv.html
http://hotfile.com/dl/1198140/2b9607f/ACM0429-1500kbps.wmv.html
http://hotfile.com/dl/1198167/6ee150e/ACM0428-1500kbps.wmv.html
http://hotfile.com/dl/1198190/d781d91/ACM0427-1500kbps.wmv.html
http://hotfile.com/dl/1198212/8994e29/ACM0426-1500kbps.wmv.html
http://hotfile.com/dl/1198244/96d33ce/ACM0425-1500kbps.wmv.html
http://hotfile.com/dl/1198258/522d993/ACM0424-1500kbps.wmv.html
http://hotfile.com/dl/1198279/3991e59/ACM0423-1500kbps.wmv.html
http://hotfile.com/dl/1289950/7bc847c/ACM0422-1500kbps.wmv.html
http://hotfile.com/dl/1289965/698d9de/ACM0421-1500kbps.wmv.html

http://hotfile.com/dl/1290206/13f0be7/ACM0420-1500kbps.wmv.html
http://hotfile.com/dl/1290226/39ca068/ACM0419-1500kbps.wmv.html
http://hotfile.com/dl/1290244/177c2de/ACM0418-1500kbps.wmv.html
http://hotfile.com/dl/1290274/a93ba68/ACM0417-1500kbps.wmv.html
http://hotfile.com/dl/1290290/44fa540/ACM0416-1500kbps.wmv.html
http://hotfile.com/dl/1290327/0082cd6/ACM0415-1500kbps.wmv.html
http://hotfile.com/dl/1290338/9a35a72/ACM0414-1500kbps.wmv.html
http://hotfile.com/dl/1290355/4d9ab71/ACM0413-1500kbps.wmv.html
http://hotfile.com/dl/1290378/a92e794/ACM0412-1500kbps.wmv.html
http://hotfile.com/dl/1290395/b696877/ACM0411-1500kbps.wmv.html
http://hotfile.com/dl/1290424/4538e93/ACM0410-1500kbps.wmv.html
http://hotfile.com/dl/1290442/2cc7a34/ACM0409-1500kbps.wmv.html
http://hotfile.com/dl/1290461/098759e/ACM0408-1500kbps.wmv.html
http://hotfile.com/dl/1290466/62d257a/ACM0407-1500kbps.wmv.html\
http://hotfile.com/dl/1290491/f7e32bb/ACM0406-1500kbps.wmv.html
http://hotfile.com/dl/1290537/1e53c25/ACM0405-1500kbps.wmv.html
http://hotfile.com/dl/1290545/64a4842/ACM0404-1500kbps.wmv.html
http://hotfile.com/dl/1290557/918d838/ACM0403-1500kbps.wmv.html
http://hotfile.com/dl/1290567/2d2ea85/ACM0402-1500kbps.wmv.html
http://hotfile.com/dl/1290584/57b4498/ACM0401-1500kbps.wmv.html
http://hotfile.com/dl/1290600/4fb43a9/ACM0400-1500kbps.wmv.html
http://hotfile.com/dl/1290620/58b8f19/ACM0399-1500kbps.wmv.html
http://hotfile.com/dl/1290640/5c761ea/ACM0398-1500kbps.wmv.html
http://hotfile.com/dl/1290656/f384ae0/ACM0396-1500kbps.wmv.html
http://hotfile.com/dl/1290662/472ecd6/ACM0397-1500kbps.wmv.html
http://hotfile.com/dl/1290672/93e319e/ACM0395-1500kbps.wmv.html
http://hotfile.com/dl/1290681/5b20615/ACM0394-1500kbps.wmv.html
http://hotfile.com/dl/1423140/623e709/ACM0393-1500kbps.wmv.html
http://hotfile.com/dl/1423155/0e8672c/ACM0392-1500kbps.wmv.html
http://hotfile.com/dl/1423171/1b5e025/ACM0391-1500kbps.wmv.html
http://hotfile.com/dl/1423191/2ed04f9/ACM0390-1500kbps.wmv.html
http://hotfile.com/dl/1423235/36c6688/ACM0389-1500kbps.wmv.html
http://hotfile.com/dl/1423246/05254f3/ACM0388-1500kbps.wmv.html
http://hotfile.com/dl/1423256/b33af95/ACM0387-1500kbps.wmv.html
http://hotfile.com/dl/1423314/70b0cb5/ACM0386-1500kbps.wmv.html
http://hotfile.com/dl/1423332/3a623bb/ACM0385-1500kbps.wmv.html
http://hotfile.com/dl/1423352/4b2daba/ACM0384-1500kbps.wmv.html
http://hotfile.com/dl/1423373/514e861/ACM0383-1500kbps.wmv.html
http://hotfile.com/dl/1423407/82265bb/ACM0382-1500kbps.wmv.html
http://hotfile.com/dl/1423463/39067d6/ACM0381-1500kbps.wmv.html

http://hotfile.com/dl/1423487/4649e1c/ACM0380-1500kbps.wmv.html
http://hotfile.com/dl/1423519/0220ff6/ACM0379-1500kbps.wmv.html
http://hotfile.com/dl/1423555/9844e11/ACM0378-1500kbps.wmv.html
http://hotfile.com/dl/1423583/5932c7b/ACM0377-1500kbps.wmv.html
http://hotfile.com/dl/1423618/42cb46e/ACM0376-1500kbps.wmv.html
http://hotfile.com/dl/1423655/2bbb6cc/ACM0375-1500kbps.wmv.html
http://hotfile.com/dl/1423719/aeac76a/ACM0374-1500kbps.wmv.html
http://hotfile.com/dl/1423770/ac4f256/ACM0373-1500kbps.wmv.html
http://hotfile.com/dl/1423800/66a94e3/ACM0371-1500kbps.wmv.html
http://hotfile.com/dl/1423821/2c3f925/ACM0372-1500kbps.wmv.html
http://hotfile.com/dl/1423868/e4bcce4/ACM0370-1500kbps.wmv.html
http://hotfile.com/dl/1423903/4d6d980/ACM0368-1500kbps.wmv.html
http://hotfile.com/dl/1423929/d7ba92d/ACM0369-1500kbps.wmv.html
http://hotfile.com/dl/1423949/36f6e0a/ACM0367-1500kbps.wmv.html
http://hotfile.com/dl/1423992/caa3acd/ACM0366-1500kbps.wmv.html
http://hotfile.com/dl/1424033/17b9079/ACM0365-1500kbps.wmv.html
http://hotfile.com/dl/1425391/407216c/ACM0364-1500kbps.wmv.html
http://hotfile.com/dl/1425700/e0613c2/ACM0363-1500kbps.wmv.html
http://hotfile.com/dl/1425740/62818e7/ACM0362-1500kbps.wmv.html
http://hotfile.com/dl/1425771/ccfca41/ACM0361-1500kbps.wmv.html
http://hotfile.com/dl/1425801/5fc8d6e/ACM0360-1500kbps.wmv.html
http://hotfile.com/dl/1425832/3aba765/ACM0359-1500kbps.wmv.html
http://hotfile.com/dl/1425864/c0e38f3/ACM0358-1500kbps.wmv.html
http://hotfile.com/dl/1426089/c34376a/ACM0357-1500kbps.wmv.html
http://hotfile.com/dl/1426130/d2222fe/ACM0356-1500kbps.wmv.html
http://hotfile.com/dl/1426207/c696061/ACM0355-1500kbps.wmv.html
http://hotfile.com/dl/1426246/e00c2b9/ACM0354-1500kbps.wmv.html
http://hotfile.com/dl/1426271/02a7f61/ACM0353-1500kbps.wmv.html
http://hotfile.com/dl/1426293/4b0f0e6/ACM0352-1500kbps.wmv.html
http://hotfile.com/dl/1426356/040988d/ACM0351-1500kbps.wmv.html
http://hotfile.com/dl/1426375/2359838/ACM0350-1500kbps.wmv.html
http://hotfile.com/dl/1426400/db1e74c/ACM0349-1500kbps.wmv.html
http://hotfile.com/dl/1426419/797fbdc/ACM0348-1500kbps.wmv.html
http://hotfile.com/dl/1426520/06cefe4/ACM0347-1500kbps.wmv.html
http://hotfile.com/dl/1426549/21dd969/ACM0346-1500kbps.wmv.html
http://hotfile.com/dl/1426583/11e2e39/ACM0345-1500kbps.wmv.html
http://hotfile.com/dl/1426611/2f758ae/ACM0344-1500kbps.wmv.html
http://hotfile.com/dl/1426630/9c2185c/ACM0343-1500kbps.wmv.html
http://hotfile.com/dl/1426664/d269c93/ACM0342-1500kbps.wmv.html
http://hotfile.com/dl/1426680/c0fa4de/ACM0341-1500kbps.wmv.html

http://hotfile.com/dl/1426709/8867bb0/ACM0340-1500kbps.wmv.html
http://hotfile.com/dl/1426754/8c00205/ACM0339-1500kbps.wmv.html
http://hotfile.com/dl/1426790/41c67bb/ACM0338-1500kbps.wmv.html
http://hotfile.com/dl/1423084/059fc38/ACM0675-1500kbps.wmv.html
http://hotfile.com/dl/1487346/fb02b9b/ACM0346-1500kbps.wmv.html
http://hotfile.com/dl/1487419/4b6232e/ACM0337-1500kbps.wmv.html
http://hotfile.com/dl/1487442/9853798/ACM0336-1500kbps.wmv.html
http://hotfile.com/dl/1487459/b9807a5/ACM0335-1500kbps.wmv.html
http://hotfile.com/dl/1487532/a69b40e/ACM0334-1500kbps.wmv.html
http://hotfile.com/dl/1487540/668e860/ACM0333-1500kbps.wmv.html
http://hotfile.com/dl/1487558/3e67e37/ACM0332-1500kbps.wmv.html
http://hotfile.com/dl/1487573/1fc26a9/ACM0331-1500kbps.wmv.html
http://hotfile.com/dl/1487588/0bbddef/ACM0330-1500kbps.wmv.html
http://hotfile.com/dl/1487625/7cc478c/ACM0329-1500kbps.wmv.html
http://hotfile.com/dl/1487644/3223bcd/ACM0321-1500kbps.wmv.html
http://hotfile.com/dl/1487652/c94f902/ACM0328-1500kbps.wmv.html
http://hotfile.com/dl/1487675/c96ca23/ACM0327-1500kbps.wmv.html
http://hotfile.com/dl/1487692/9b946c4/ACM0326-1500kbps.wmv.html
http://hotfile.com/dl/1487710/f74be33/ACM0325-1500kbps.wmv.html
http://hotfile.com/dl/1487730/3ac4d21/ACM0324-1500kbps.wmv.html
http://hotfile.com/dl/1487749/9e0b929/ACM0323-1500kbps.wmv.html
http://hotfile.com/dl/1487756/094c718/ACM0322-1500kbps.wmv.html
http://hotfile.com/dl/1487765/731dee3/ACM0320-1500kbps.wmv.html
http://hotfile.com/dl/1487772/b1ecab2/ACM0319-1500kbps.wmv.html
http://hotfile.com/dl/1487784/cbe73f3/ACM0317-1500kbps.wmv.html
http://hotfile.com/dl/1487787/83d8270/ACM0318-1500kbps.wmv.html
http://hotfile.com/dl/1487799/5e0e142/ACM0316-1500kbps.wmv.html
http://hotfile.com/dl/1487853/8bd3ffe/ACM0314-1500kbps.wmv.html
http://hotfile.com/dl/1487876/e9f394a/ACM0315-1500kbps.wmv.html
http://hotfile.com/dl/1487882/e405457/ACM0313-1500kbps.wmv.html
http://hotfile.com/dl/1488235/bf92fda/ACM0312-1500kbps.wmv.html
http://hotfile.com/dl/1488250/4764b3a/ACM0311-1500kbps.wmv.html
http://hotfile.com/dl/1488262/97ae6c2/ACM0310-1500kbps.wmv.html
http://hotfile.com/dl/1488333/df66816/ACM0309-1500kbps.wmv.html
http://hotfile.com/dl/1488355/c98a944/ACM0308-1500kbps.wmv.html
http://hotfile.com/dl/1488370/6ea2ad4/ACM0307-1500kbps.wmv.html
http://hotfile.com/dl/1488383/a176cbd/ACM0306-1500kbps.wmv.html
http://hotfile.com/dl/1488395/5f9d427/ACM0305-1500kbps.wmv.html
http://hotfile.com/dl/1488411/08469bb/ACM0304-1500kbps.wmv.html
http://hotfile.com/dl/1488421/d3f9d82/ACM0303-1500kbps.wmv.html

http://hotfile.com/dl/1488436/6bd0f37/ACM0302-1500kbps.wmv.html
http://hotfile.com/dl/1488444/98e428a/ACM0301-1500kbps.wmv.html
http://hotfile.com/dl/1488511/08acd4c/ACM0299-1500kbps.wmv.html
http://hotfile.com/dl/1488555/1ef0114/ACM0300-1500kbps.wmv.html
http://hotfile.com/dl/1488586/89709e0/ACM0298-1500kbps.wmv.html
http://hotfile.com/dl/1488621/8185776/ACM0296-1500kbps.wmv.html
http://hotfile.com/dl/1488632/3f47c45/ACM0297-1500kbps.wmv.html
http://hotfile.com/dl/1488649/81de31e/ACM0295-1500kbps.wmv.html
http://hotfile.com/dl/1488676/8ca0066/ACM0294-1500kbps.wmv.html
http://hotfile.com/dl/1488692/d2ee413/ACM0293-1500kbps.wmv.html
http://hotfile.com/dl/1488725/109b535/ACM0292-1500kbps.wmv.html
http://hotfile.com/dl/1488756/ce2f8be/ACM0290-1500kbps.wmv.html
http://hotfile.com/dl/1488767/6b447a3/ACM0291-1500kbps.wmv.html
http://hotfile.com/dl/1488795/64b1769/ACM0289-1500kbps.wmv.html
http://hotfile.com/dl/1488833/def9aad/ACM0288-1500kbps.wmv.html
http://hotfile.com/dl/1488846/79947c0/ACM0287-1500kbps.wmv.html
http://hotfile.com/dl/1488861/a316c65/ACM0286-1500kbps.wmv.html
http://hotfile.com/dl/1488889/302c65f/ACM0285-1500kbps.wmv.html
http://hotfile.com/dl/1488964/a2e205f/ACM0284-1500kbps.wmv.html
http://hotfile.com/dl/1488986/e95184c/ACM0283-1500kbps.wmv.html
http://hotfile.com/dl/1489002/9f29225/ACM0282-1500kbps.wmv.html
http://hotfile.com/dl/1489022/ad372d9/ACM0281-1500kbps.wmv.html
http://hotfile.com/dl/1489038/156e1fd/ACM0280-1500kbps.wmv.html
http://hotfile.com/dl/1489089/95e16f4/ACM0279-1500kbps.wmv.html
http://hotfile.com/dl/1489124/9fc8556/ACM0278-1500kbps.wmv.html
http://hotfile.com/dl/1489175/b7cd2bd/ACM0277-1500kbps.wmv.html
http://hotfile.com/dl/1489247/12b097c/ACM0276-1500kbps.wmv.html
http://hotfile.com/dl/1489286/1d1b2bd/ACM0274-1500kbps.wmv.html
http://hotfile.com/dl/1489331/dd875e2/ACM0275-1500kbps.wmv.html
http://hotfile.com/dl/1489354/13bc186/ACM0273-1500kbps.wmv.html
http://hotfile.com/dl/1489395/d5d15c2/ACM0271-1500kbps.wmv.html
http://hotfile.com/dl/1489416/0472d0d/ACM0272-1500kbps.wmv.html
http://hotfile.com/dl/1489458/dded00a/ACM0270-1500kbps.wmv.html
http://hotfile.com/dl/1489499/e81d427/ACM0269-1500kbps.wmv.html
http://hotfile.com/dl/1489537/142fc61/ACM0268-1500kbps.wmv.html
http://hotfile.com/dl/1489685/3b2cff2/ACM0267-1500kbps.wmv.html
http://hotfile.com/dl/1489726/5158492/ACM0266-1500kbps.wmv.html
http://hotfile.com/dl/1489765/b732090/ACM0264-1500kbps.wmv.html
http://hotfile.com/dl/1489788/1346c25/ACM0265-1500kbps.wmv.html
http://hotfile.com/dl/1489827/4ec400f/ACM0263-1500kbps.wmv.html

http://hotfile.com/dl/1489849/2b718ca/ACM0261-1500kbps.wmv.html
http://hotfile.com/dl/1489882/5a1c390/ACM0260-1500kbps.wmv.html
http://hotfile.com/dl/1489911/490ac72/ACM0259-1500kbps.wmv.html
http://hotfile.com/dl/1489948/17100e4/ACM0258-1500kbps.wmv.html
http://hotfile.com/dl/1489986/0c262a0/ACM0257-1500kbps.wmv.html
http://hotfile.com/dl/1490024/edb2809/ACM0255-1500kbps.wmv.html
http://hotfile.com/dl/1490050/4dcbcfa/ACM0256-1500kbps.wmv.html
http://hotfile.com/dl/1490098/f5faf44/ACM0254-1500kbps.wmv.html
http://hotfile.com/dl/1490118/70642cc/ACM0254-1500kbps.wmv.html
http://hotfile.com/dl/1490154/43e32de/ACM0252-1500kbps.wmv.html
http://hotfile.com/dl/1490174/f139a61/ACM0253-1500kbps.wmv.html
http://hotfile.com/dl/1614375/787212f/ACM0251-1500kbps.wmv.html
http://hotfile.com/dl/1614498/5e9b584/ACM0250-1500kbps.wmv.html
http://hotfile.com/dl/1614642/75449cd/ACM0249-1500kbps.wmv.html
http://hotfile.com/dl/1614785/2a74a95/ACM0248-1500kbps.wmv.html
http://hotfile.com/dl/1614887/cf230d6/ACM0247-1500kbps.wmv.html
http://hotfile.com/dl/1615017/51b5741/ACM0246-1500kbps.wmv.html
http://hotfile.com/dl/1615119/4327752/ACM0245-1500kbps.wmv.html
http://hotfile.com/dl/1615423/c727255/ACM0244-1500kbps.wmv.html
http://hotfile.com/dl/1615673/7d60728/ACM0243-1500kbps.wmv.html
http://hotfile.com/dl/1615838/19d5ef6/ACM0242-1500kbps.wmv.html
http://hotfile.com/dl/1615967/6da5640/ACM0240-1500kbps.wmv.html
http://hotfile.com/dl/1616042/52f1a9c/ACM0241-1500kbps.wmv.html
http://hotfile.com/dl/1616182/678f9d1/ACM0239-1500kbps.wmv.html
http://hotfile.com/dl/1616304/6d6fb23/ACM0237-1500kbps.wmv.html
http://hotfile.com/dl/1616410/5b769bf/ACM0238-1500kbps.wmv.html
http://hotfile.com/dl/1616664/7f76d79/ACM0236-1500kbps.wmv.html
http://hotfile.com/dl/1616783/7f00fe0/ACM0234-1500kbps.wmv.html
http://hotfile.com/dl/1616855/a774471/ACM0235-1500kbps.wmv.html
http://hotfile.com/dl/1617050/36de31b/ACM0232-1500kbps.wmv.html
http://hotfile.com/dl/1617130/d3e992b/ACM0231-1500kbps.wmv.html
http://hotfile.com/dl/1617172/8ce7283/ACM0229-1500kbps.wmv.html
http://hotfile.com/dl/1617196/01d6d6a/ACM0230-1500kbps.wmv.html
http://hotfile.com/dl/1617211/cea08fc/ACM0228-1500kbps.wmv.html
http://hotfile.com/dl/1617246/ade6a9e/ACM0227-1500kbps.wmv.html
http://hotfile.com/dl/1617269/c035751/ACM0226-1500kbps.wmv.html
http://hotfile.com/dl/1617308/6f3329c/ACM0225-1500kbps.wmv.html
http://hotfile.com/dl/1617351/92082ee/ACM0223-1500kbps.wmv.html
http://hotfile.com/dl/1617411/a97024f/ACM0224-1500kbps.wmv.html
http://hotfile.com/dl/1617465/4225120/ACM0221-1500kbps.wmv.html

http://hotfile.com/dl/1617502/3c70a0b/ACM0222-1500kbps.wmv.html
http://hotfile.com/dl/1617548/751d0a3/ACM0220-1500kbps.wmv.html
http://hotfile.com/dl/1617583/2bdc27f/ACM0219-384kbps.wmv.html
http://hotfile.com/dl/1617620/97c78b9/ACM0217-1500kbps.wmv.html
http://hotfile.com/dl/1617656/1907fbb/ACM0216-1500kbps.wmv.html
http://hotfile.com/dl/1617700/63d9932/ACM0215-1500kbps.wmv.html
http://hotfile.com/dl/1617743/17fc4fe/ACM0214-1500kbps.wmv.html
http://hotfile.com/dl/1617774/ce76d61/ACM0212-1500kbps.wmv.html
http://hotfile.com/dl/1617807/aa94978/ACM0211-1500kbps.wmv.html
http://hotfile.com/dl/1617847/40c129a/ACM0209-1500kbps.wmv.html
http://hotfile.com/dl/1617886/593d47c/ACM0210-1500kbps.wmv.html
http://hotfile.com/dl/1617923/d0caad0/ACM0206-1500kbps.wmv.html
http://hotfile.com/dl/1617968/41a0281/ACM0205-1500kbps.wmv.html
http://hotfile.com/dl/1618002/ec2f710/ACM0204-1500kbps.wmv.html
http://hotfile.com/dl/1618036/59e8b7d/ACM0202-1500kbps.wmv.html
http://hotfile.com/dl/1618075/d75bae3/ACM0198-1500kbps.wmv.html
http://hotfile.com/dl/1618111/d44b6cc/ACM0199-1500kbps.wmv.html
http://hotfile.com/dl/1618141/771e342/ACM0200-1500kbps.wmv.html
http://hotfile.com/dl/1618195/5115267/ACM0197-1500kbps.wmv.html
http://hotfile.com/dl/1618236/d5598e6/ACM0194-1500kbps.wmv.html
http://hotfile.com/dl/1618271/1b90581/ACM0193-1500kbps.wmv.html
http://hotfile.com/dl/1618307/89b498b/ACM0192-1500kbps.wmv.html
http://hotfile.com/dl/1618349/963a5a8/ACM0190-1500kbps.wmv.html
http://hotfile.com/dl/1618375/d5e2607/ACM0191-1500kbps.wmv.html
http://hotfile.com/dl/1618405/95b0a70/ACM0189-1500kbps.wmv.html
http://hotfile.com/dl/1618421/a255bbc/ACM0188-1500kbps.wmv.html
http://hotfile.com/dl/1618439/33b39b8/ACM0186-1500kbps.wmv.html
http://hotfile.com/dl/1618466/c38196a/ACM0185-1500kbps.wmv.html
http://hotfile.com/dl/1618516/55f5f46/ACM0184-1500kbps.wmv.html
http://hotfile.com/dl/1618540/3251dc0/ACM0183-1500kbps.wmv.html
http://hotfile.com/dl/1618563/ef7c721/ACM0181-1500kbps.wmv.html
http://hotfile.com/dl/1618589/8df7a89/ACM0182-1500kbps.wmv.html
http://hotfile.com/dl/1618618/b83378a/ACM0180-1500kbps.wmv.html
http://hotfile.com/dl/1618638/abcb674/ACM0179-1500kbps.wmv.html
http://hotfile.com/dl/1618657/5ec9f76/ACM0177-1500kbps.wmv.html
http://hotfile.com/dl/1618677/252b121/ACM0178-1500kbps.wmv.html
http://hotfile.com/dl/1618700/3bc6046/ACM0175-1500kbps.wmv.html
http://hotfile.com/dl/1618726/2b7a4e9/ACM0176-1500kbps.wmv.html
http://hotfile.com/dl/1618782/18645e3/ACM0174-1500kbps.wmv.html
http://hotfile.com/dl/1618803/7f34c3b/ACM0173-1500kbps.wmv.html

http://hotfile.com/dl/1618829/2f12d9c/ACM0172-1500kbps.wmv.html
http://hotfile.com/dl/1618854/1159dfc/ACM0171-1500kbps.wmv.html
http://hotfile.com/dl/1618862/a29a327/ACM0170-1500kbps.wmv.html
http://hotfile.com/dl/1618868/b5b26e2/ACM0168-1500kbps.wmv.html
http://hotfile.com/dl/1618877/8a66c86/ACM0166-1500kbps.wmv.html
http://hotfile.com/dl/1618901/f6f31ed/ACM0167-1500kbps.wmv.html
http://hotfile.com/dl/1618937/d8575d3/ACM0165-1500kbps.wmv.html
http://hotfile.com/dl/1618978/406e22d/ACM0164-1500kbps.wmv.html
http://hotfile.com/dl/1618984/685b839/ACM0163-1500kbps.wmv.html
http://hotfile.com/dl/1618997/a99ae4f/ACM0162-1500kbps.wmv.html
http://hotfile.com/dl/1619010/1932c16/ACM0160-1500kbps.wmv.html
http://hotfile.com/dl/1619030/f8a53ac/ACM0159-1500kbps.wmv.html
http://hotfile.com/dl/1613546/69c5fdd/ACS0192-1500kbps.wmv.html
http://hotfile.com/dl/1980188/72f05a3/ACM0677-1500kbps.wmv.html
http://hotfile.com/dl/2147421/2a0e196/ACM0100-1500kbps.wmv.html
http://hotfile.com/dl/2147444/194c822/ACM0098-1500kbps.wmv.html
http://hotfile.com/dl/2147476/d7eb4ab/ACM0097-1500kbps.wmv.html
http://hotfile.com/dl/2147498/9c620ef/ACM0096-1500kbps.wmv.html
http://hotfile.com/dl/2147531/2f7b373/ACM0094-1500kbps.wmv.html
http://hotfile.com/dl/2147551/bd953f2/ACM0091-1500kbps.wmv.html
http://hotfile.com/dl/2147588/edeb1a4/ACM0090-1500kbps.wmv.html
http://hotfile.com/dl/2147619/315bb72/ACM0088-1500kbps.wmv.html
http://hotfile.com/dl/2147631/0ec53b3/ACM0087-1500kbps.wmv.html
http://hotfile.com/dl/2147656/8ec9b74/ACM0086-1500kbps.wmv.html
http://hotfile.com/dl/2147697/d42e856/ACM0084-1500kbps.wmv.html
http://hotfile.com/dl/2147739/d135f06/ACM0081-1500kbps.wmv.html
http://hotfile.com/dl/2147764/d3882d9/ACM0080-1500kbps.wmv.html
http://hotfile.com/dl/2147778/427261c/ACM0079-1500kbps.wmv.html
http://hotfile.com/dl/2147789/bb42747/ACM0078-1500kbps.wmv.html
http://hotfile.com/dl/2147803/d308bc8/ACM0077-1500kbps.wmv.html
http://hotfile.com/dl/2147828/0cdc257/ACM0075-1500kbps.wmv.html
http://hotfile.com/dl/2147854/b8cd934/ACM0073-1500kbps.wmv.html
http://hotfile.com/dl/2147904/ea1135c/ACM0071-1500kbps.wmv.html
http://hotfile.com/dl/2147913/9e2eb27/ACM0069-1500kbps.wmv.html
http://hotfile.com/dl/2147929/d53293c/ACM0066-1500kbps.wmv.html
http://hotfile.com/dl/2147948/578bf9b/ACM0065-1500kbps.wmv.html
http://hotfile.com/dl/2147961/9273242/ACM0064-1500kbps.wmv.html
http://hotfile.com/dl/2147981/7c536a2/ACM0063-1500kbps.wmv.html
http://hotfile.com/dl/2147990/81fac6c/ACM0062-1500kbps.wmv.html
http://hotfile.com/dl/2148002/4ac4bca/ACM0061-1500kbps.wmv.html

http://hotfile.com/dl/2148012/e73b467/ACM0060-1500kbps.wmv.html
http://hotfile.com/dl/2148041/3360eb7/ACM0056-1500kbps.wmv.html
http://hotfile.com/dl/2148059/d5d6dcb/ACM0055-1500kbps.wmv.html
http://hotfile.com/dl/2148098/596e92c/ACM0049-1500kbps.wmv.html
http://hotfile.com/dl/2148108/96b158f/ACM0050-1500kbps.wmv.html
http://hotfile.com/dl/2148118/0ee5b59/ACM0047-1500kbps.wmv.html
http://hotfile.com/dl/2148133/e842cf7/ACM0045-1500kbps.wmv.html
http://hotfile.com/dl/2148153/8629279/ACM0040-1500kbps.wmv.html
http://hotfile.com/dl/2148175/889bfea/ACM0038-1500kbps.wmv.html
http://hotfile.com/dl/2148202/c526cd3/ACM0036-1500kbps.wmv.html
http://hotfile.com/dl/2148216/9c47465/ACM0033-1500kbps.wmv.html
http://hotfile.com/dl/2148234/37a4dee/ACM0032-1500kbps.wmv.html
http://hotfile.com/dl/2148246/d818989/ACM0030-1500kbps.wmv.html
http://hotfile.com/dl/2148253/526c587/ACM0027-1500kbps.wmv.html
http://hotfile.com/dl/2148263/3e550ef/ACM0028-1500kbps.wmv.html
http://hotfile.com/dl/2148266/950cec8/ACM0026-1500kbps.wmv.html
http://hotfile.com/dl/2148279/33d401f/ACM0021-1500kbps.wmv.html
http://hotfile.com/dl/2148388/c17ef14/ACM0019-1500kbps.wmv.html
http://hotfile.com/dl/2148380/fff4cc0/ACM0018-1500kbps.wmv.html
http://hotfile.com/dl/2148374/0060877/ACM0016-1500kbps.wmv.html
http://hotfile.com/dl/2148361/6d4ee88/ACM0015-1500kbps.wmv.html
http://hotfile.com/dl/2148347/d55a547/ACM0012-1500kbps.wmv.html
http://hotfile.com/dl/2148340/54e9d84/ACM0011-1500kbps.wmv.html
http://hotfile.com/dl/2148323/cacd015/ACM0010-1500kbps.wmv.html
http://hotfile.com/dl/2148319/076e771/ACM0008-1500kbps.wmv.html
http://hotfile.com/dl/2148306/70144ad/ACM0003-1500kbps.wmv.html
http://hotfile.com/dl/2148297/c57e1f6/ACM0002-1500kbps.wmv.html
http://hotfile.com/dl/2148288/3f96697/ACM0001-1500kbps.wmv.html
http://hotfile.com/dl/1983646/f85980d/ACM0102-1500kbps.wmv.html
http://hotfile.com/dl/1983581/d4a05a4/ACM0103-1500kbps.wmv.html
http://hotfile.com/dl/1983521/a90a851/ACM0104-1500kbps.wmv.html
http://hotfile.com/dl/1983447/17b8bb1/ACM0105-1500kbps.wmv.html
http://hotfile.com/dl/1983381/36c112a/ACM0106-1500kbps.wmv.html
http://hotfile.com/dl/1983310/6a810ea/ACM0107-1500kbps.wmv.html
http://hotfile.com/dl/1983250/66e750c/ACM0108-1500kbps.wmv.html
http://hotfile.com/dl/1983176/f50e755/ACM0109-1500kbps.wmv.html
http://hotfile.com/dl/1983101/ae5e105/ACM0111-1500kbps.wmv.html
http://hotfile.com/dl/1983015/3810910/ACM0113-1500kbps.wmv.html
http://hotfile.com/dl/1982967/43769a9/ACM0114-1500kbps.wmv.html
http://hotfile.com/dl/1982901/b7f80cd/ACM0115-1500kbps.wmv.html

http://hotfile.com/dl/1982849/31eb35f/ACM0116-1500kbps.wmv.html
http://hotfile.com/dl/1982783/bba71e5/ACM0117-1500kbps.wmv.html
http://hotfile.com/dl/1982720/93d0367/ACM0119-1500kbps.wmv.html
http://hotfile.com/dl/1982658/b24d322/ACM0120-1500kbps.wmv.html
http://hotfile.com/dl/1982573/a51b992/ACM0121-1500kbps.wmv.html
http://hotfile.com/dl/1982512/b7932af/ACM0122-1500kbps.wmv.html
http://hotfile.com/dl/1982468/14d0127/ACM0125-1500kbps.wmv.html
http://hotfile.com/dl/1982420/a470a95/ACM0126-1500kbps.wmv.html
http://hotfile.com/dl/1982354/668f856/ACM0128-1500kbps.wmv.html
http://hotfile.com/dl/1982297/862bca9/ACM0129-1500kbps.wmv.html
http://hotfile.com/dl/1982230/ece8bca/ACM0130-1500kbps.wmv.html
http://hotfile.com/dl/1982193/e8c3ebb/ACM0131-1500kbps.wmv.html
http://hotfile.com/dl/1982159/61eb94a/ACM0132-1500kbps.wmv.html
http://hotfile.com/dl/1982118/9629f85/ACM0133-1500kbps.wmv.html
http://hotfile.com/dl/1982066/9441ab1/ACM0134-1500kbps.wmv.html
http://hotfile.com/dl/1982021/2dde9f8/ACM0135-1500kbps.wmv.html
http://hotfile.com/dl/1981962/2438dea/ACM0136-1500kbps.wmv.html
http://hotfile.com/dl/1981859/e33b763/ACM0137-1500kbps.wmv.html
http://hotfile.com/dl/1981736/580f44e/ACM0138-1500kbps.wmv.html
http://hotfile.com/dl/1981666/459838c/ACM0139-1500kbps.wmv.html
http://hotfile.com/dl/1981623/66efc02/ACM0140-1500kbps.wmv.html
http://hotfile.com/dl/1981592/2c05c68/ACM0141-1500kbps.wmv.html
http://hotfile.com/dl/1981551/ef9611a/ACM0142-1500kbps.wmv.html
http://hotfile.com/dl/1981427/8d18ede/ACM0143-1500kbps.wmv.html
http://hotfile.com/dl/1981378/7cd9364/ACM0144-1500kbps.wmv.html
http://hotfile.com/dl/1981061/7ba9026/ACM0145-1500kbps.wmv.html
http://hotfile.com/dl/1981030/d007eb7/ACM0147-1500kbps.wmv.html
http://hotfile.com/dl/1980994/26d78a1/ACM0148-1500kbps.wmv.html
http://hotfile.com/dl/1980959/ee34acc/ACM0149-1500kbps.wmv.html
http://hotfile.com/dl/1980909/f8cdad2/ACM0150-1500kbps.wmv.html
http://hotfile.com/dl/1980834/cb6e146/ACM0151-1500kbps.wmv.html
http://hotfile.com/dl/1980795/5d44435/ACM0152-1500kbps.wmv.html
http://hotfile.com/dl/1980749/267d68b/ACM0153-1500kbps.wmv.html
http://hotfile.com/dl/1980691/5fadaf1/ACM0154-1500kbps.wmv.html
http://hotfile.com/dl/1980640/d227da5/ACM0155-1500kbps.wmv.html
http://hotfile.com/dl/1980606/767084f/ACM0156-1500kbps.wmv.html
http://hotfile.com/dl/1980569/1a4b387/ACM0157-1500kbps.wmv.html
http://hotfile.com/dl/2329493/93a4244/ACM0678-1500kbps.wmv.html
http://hotfile.com/dl/2453697/0809e03/ACM0679-1500kbps.wmv.html
http://hotfile.com/dl/2498517/020bab1/ACM0679-1500kbps.wmv.html

http://hotfile.com/dl/2696177/696cf6d/ACS0194-1500kbps.wmv.html



**GENERAL COUNSEL**

MARC J. RANDAZZA, ESQ.

T 619.866.5975 ▪ F 619.866.5976

marc ∘ corbinfisher.com

Sent via Email
August 12, 2009

Webazilla DMCA Agent
abuse@webazilla.com

**RE:    DMCA Notice of Claimed Infringement (renewed)**

Dear WebaZilla:

I am the General Counsel for Corbin Fisher®.  As Corbin Fisher's General Counsel, I am their designated agent for the provision of DMCA complaints.  It has come to my attention that Concentric's servers are providing others with access to materials that infringe upon my client's copyrighted works.

You are hereby given notice valid under the Digital Millennium Copyright Act (DMCA) infringement notification requirements as set forth at 17 U.S.C. § 512 of this infringing activity, and this letter shall serve as a formal legal demand that these materials be removed from your servers immediately.

My client's original works of creative expression are located at http://www.corbinfisher.com. One, or more, of your users has downloaded our works and is now republishing them, using WebaZilla's servers.  These works are being published, distributed, or otherwise being used in a manner that is not authorized by the copyright owner, any of its lawful agents, or the law.

The particular infringements that we have detected, and that we specifically demand be removed from your servers are so numerous, that they are listed on the attached sheet, which is a printout of hundreds of links provided on a torrent sharing site.  **Please See Exhibit A.**

In addition to the copyright infringement taking place, I note that my client's works all bear the CORBIN FISHER® trademark.  The works unauthorized display on your servers not only violates my client's copyright under Title 17 of the U.S. Code, but also violates my clients Trademark rights under the Lanham Act, Title 15 of the U.S. Code.  As you may be aware, there is no DMCA safe harbor for trademark violations and although this content may have been uploaded by a third party, there is no immunity for online service providers under 47 U.S.C. § 230.

Furthermore, the models appearing in these works have assigned their publicity rights to Corbin Fisher®.  As this use constitutes a violation of the models' publicity rights, we believe that we have yet a third claim against your customer, and a second claim against WebaZilla, which is not subject to section 230 immunity.[1]

---

[1] To be completely forthcoming, in the 9th Circuit, Section 230 has been interpreted as providing immunity to all but *federal* intellectual property claims, of which right of publicity is not one.  *Perfect 10, Inc. v. CC Bill, LLC*, 488 F.3d 1102 (9th Cir. 2007).  However, the First Circuit noted in dicta that Section 230 contains no such limitation. See *Universal Comm'n Sys., Inc. v. Lycos, Inc.*, 478 F.3d 413, 418 (1st Cir. 2007).  See also *Doe v. Friendfinder Network, Inc.,*

REPLY TO: 302 Washington St, Ste 321, San Diego, CA 92103  |  Satellite Office: 405 S Dale Mabry Hwy, Ste 346, Tampa, FL 33609

   **GENERAL COUNSEL**

This correspondence places you on actual notice of these three categories of infringement.

On behalf of Corbin Fisher, I demand that upon receipt of this notification, you expeditiously remove or disable access to the infringing material, the specific links to which appear on the PDF attached to this notice, and any other Corbin Fisher intellectual property that may be found on your servers.

I certify under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner of the aforementioned copyright protected materials.

Although this notice complies with the notice and take down procedures set forth at 17 U.S.C. § 512 (c) or other subsections of Title 17, it should not be construed as an admission that your company is, indeed, eligible for the safe harbor provisions set forth therein.

Under the subpoena provision of 17 U.S.C. §512(h) or other legal process, Corbin Fisher may seek identifying information for the individuals responsible for posting these infringing works, including without limitation, time stamped IP addresses for each of the individuals. Therefore, I demand that COMPANY preserve any and all information relating to the publication of this material. COMPANY should maintain all files, computer code, and other records relating to the individuals responsible for the infringement and the corresponding forum where the infringements were discovered. This notice does not constitute a waiver of any of the copyright owner's legal rights or remedies in this or any other matter, all of which are hereby fully and expressly reserved.

Your immediate attention to this matter is expected. Please advise me via email when all Corbin Fisher materials have been removed so that I may re-inspect the site for compliance.

Sincerely,

Marc J. Randazza, Esq.

---

2008 WL 803947 (D.N.H. March 27, 2008) (district court rejecting motion to dismiss under Section 230 and following Universal v. Lycos).

EXHIBIT A – HOTFILE LINKS INFRINGING UPON CORBIN FISHER® WORKS

http://hotfile.com/dl/662953/1fb1391/ACS0001-1500kbps.wmv.html
http://hotfile.com/dl/663101/60501b6/ACS0002-1500kbps.wmv.html
http://hotfile.com/dl/663164/a25c45a/ACS0003-1500kbps.wmv.html
http://hotfile.com/dl/663437/ee6b2db/ACS0004-1500kbps.wmv.html
http://hotfile.com/dl/663499/2a67711/ACS0005-1500kbps.wmv.html
http://hotfile.com/dl/663549/7aa1b8b/ACS0006-1500kbps.wmv.html
http://hotfile.com/dl/663582/1bd73b6/ACS0007-1500kbps.wmv.html
http://hotfile.com/dl/663651/94dea2e/ACS0008-1500kbps.wmv.html
http://hotfile.com/dl/663692/d75a89f/ACS0009-1500kbps.wmv.html
http://hotfile.com/dl/663728/e25f69c/ACS0010-1500kbps.wmv.html
http://hotfile.com/dl/680760/de5e6db/ACS0011-1500kbps.wmv.html
http://hotfile.com/dl/680776/d7e17fc/ACS0012-1500kbps.wmv.html
http://hotfile.com/dl/680815/6021ce5/ACS0013-1500kbps.wmv.html
http://hotfile.com/dl/680846/3149259/ACS0014-1500kbps.wmv.html
http://hotfile.com/dl/680873/50ec7e9/ACS0015-1500kbps.wmv.html
http://hotfile.com/dl/680902/200441a/ACS0016-1500kbps.wmv.html
http://hotfile.com/dl/680921/5bd7f68/ACS0017-1500kbps.wmv.html
http://hotfile.com/dl/680953/e687ae0/ACS0018-1500kbps.wmv.html
http://hotfile.com/dl/681003/4bc1f98/ACS0019-1500kbps.wmv.html
http://hotfile.com/dl/681032/363912e/ACS0021-1500kbps.wmv.html
http://hotfile.com/dl/681063/83befb7/ACS0022-1500kbps.wmv.html
http://hotfile.com/dl/681089/28b2062/ACS0023-1500kbps.wmv.html
http://hotfile.com/dl/681119/0b60cf4/ACS0024-1500kbps.wmv.html
http://hotfile.com/dl/681152/dd92e73/ACS0025-1500kbps.wmv.html
http://hotfile.com/dl/681196/ba8f618/ACS0026-1500kbps.wmv.html

http://hotfile.com/dl/681258/e3df15a/ACS0027-1500kbps.wmv.html
http://hotfile.com/dl/681312/d38cfaf/ACS0028-1500kbps.wmv.html
http://hotfile.com/dl/681342/a279ad6/ACS0029-1500kbps.wmv.html
http://hotfile.com/dl/681369/b92b893/ACS0030-1500kbps.wmv.html
http://hotfile.com/dl/681408/ee5d981/ACS0031-1500kbps.wmv.html
http://hotfile.com/dl/681437/bdf223c/ACS0032-1500kbps.wmv.html
http://hotfile.com/dl/681463/66daf60/ACS0033-1500kbps.wmv.html
http://hotfile.com/dl/681490/8742ed0/ACS0034-1500kbps.wmv.html
http://hotfile.com/dl/681523/0897f4f/ACS0035-1500kbps.wmv.html
http://hotfile.com/dl/681556/449e957/ACS0036-1500kbps.wmv.html
http://hotfile.com/dl/681582/7dafb9d/ACS0037-1500kbps.wmv.html
http://hotfile.com/dl/681613/feb1f35/ACS0038-1500kbps.wmv.html
http://hotfile.com/dl/681628/e47ad0f/ACS0039-1500kbps.wmv.html
http://hotfile.com/dl/681666/61e32fe/ACS0040-1500kbps.wmv.html
http://hotfile.com/dl/681699/357e24c/ACS0041-1500kbps.wmv.html
http://hotfile.com/dl/681715/2c7cc77/ACS0042-1500kbps.wmv.html
http://hotfile.com/dl/697928/485ebcb/ACS0043-1500kbps.wmv.html
http://hotfile.com/dl/697964/3c5b763/ACS0044-1500kbps.wmv.html
http://hotfile.com/dl/698000/0756140/ACS0045-1500kbps.wmv.html
http://hotfile.com/dl/698038/54b53bd/ACS0046-1500kbps.wmv.html
http://hotfile.com/dl/698076/531d79a/ACS0047-1500kbps.wmv.html
http://hotfile.com/dl/698205/98df154/ACS0048-1500kbps.wmv.html
http://hotfile.com/dl/698233/5106a45/ACS0049-1500kbps.wmv.html
http://hotfile.com/dl/698275/1621d13/ACS0050-1500kbps.wmv.html
http://hotfile.com/dl/698306/59718ab/ACS0051-1500kbps.wmv.html
http://hotfile.com/dl/698349/40ec927/ACS0052-1500kbps.wmv.html
http://hotfile.com/dl/698671/35a0261/ACS0053-1500kbps.wmv.html

http://hotfile.com/dl/698709/175dffc/ACS0054-1500kbps.wmv.html
http://hotfile.com/dl/698749/6a49f1f/ACS0055-1500kbps.wmv.html
http://hotfile.com/dl/698784/a579ed9/ACS0056-1500kbps.wmv.html
http://hotfile.com/dl/698812/8985c8c/ACS0057-1500kbps.wmv.html
http://hotfile.com/dl/698842/1a38be7/ACS0058-1500kbps.wmv.html
http://hotfile.com/dl/698874/9de7c50/ACS0059-1500kbps.wmv.html
http://hotfile.com/dl/698902/638a696/ACS0060-1500kbps.wmv.html
http://hotfile.com/dl/698935/1ab6c01/ACS0061-1500kbps.wmv.html
http://hotfile.com/dl/698957/5f37dd5/ACS0062-1500kbps.wmv.html
http://hotfile.com/dl/698986/5c6c621/ACS0063-1500kbps.wmv.html
http://hotfile.com/dl/699012/eb4cde6/ACS0064-1500kbps.wmv.html
http://hotfile.com/dl/699042/dac94d1/ACS0065-1500kbps.wmv.html
http://hotfile.com/dl/699074/9340451/ACS0066-1500kbps.wmv.html
http://hotfile.com/dl/699100/347b333/ACS0067-1500kbps.wmv.html
http://hotfile.com/dl/699137/c9c1b2c/ACS0068-1500kbps.wmv.html
http://hotfile.com/dl/699176/05e875e/ACS0069-1500kbps.wmv.html
http://hotfile.com/dl/699203/3f864ee/ACS0070-1500kbps.wmv.html
http://hotfile.com/dl/699228/9399165/ACS0071-1500kbps.wmv.html
http://hotfile.com/dl/699431/55d4666/ACS0072-1500kbps.wmv.html
http://hotfile.com/dl/699460/fc92bef/ACS0073-1500kbps.wmv.html
http://hotfile.com/dl/699514/890da8a/ACS0074-1500kbps.wmv.html
http://hotfile.com/dl/699538/6d12245/ACS0075-1500kbps.wmv.html
http://hotfile.com/dl/699566/23678c4/ACS0076-1500kbps.wmv.html
http://hotfile.com/dl/734149/38aff09/ACS0077-1500kbps.wmv.html
http://hotfile.com/dl/734167/b50d2ad/ACS0078-1500kbps.wmv.html
http://hotfile.com/dl/734183/e775b5c/ACS0079-1500kbps.wmv.html
http://hotfile.com/dl/734193/218ef1d/ACS0080-1500kbps.wmv.html

http://hotfile.com/dl/734202/4a36cf2/ACS0081-1500kbps.wmv.html
http://hotfile.com/dl/734208/4634794/ACS0082-1500kbps.wmv.html
http://hotfile.com/dl/734229/4a3f8dc/ACS0083-1500kbps.wmv.html
http://hotfile.com/dl/734252/524c28b/ACS0084-1500kbps.wmv.html
http://hotfile.com/dl/734265/1445749/ACS0085-1500kbps.wmv.html
http://hotfile.com/dl/734279/aa40f16/ACS0086-1500kbps.wmv.html
http://hotfile.com/dl/734299/ff247ff/ACS0087-1500kbps.wmv.html
http://hotfile.com/dl/734314/09f9f49/ACS0088-1500kbps.wmv.html
http://hotfile.com/dl/734334/8b80416/ACS0089-1500kbps.wmv.html
http://hotfile.com/dl/734358/b3be2af/ACS0090-1500kbps.wmv.html
http://hotfile.com/dl/734387/4d7e6d5/ACS0091-1500kbps.wmv.html
http://hotfile.com/dl/734396/b93faef/ACS0092-1500kbps.wmv.html
http://hotfile.com/dl/734413/30fe4e8/ACS0093-1500kbps.wmv.html
http://hotfile.com/dl/734428/c94c4da/ACS0094-1500kbps.wmv.html
http://hotfile.com/dl/734442/f4009f5/ACS0095-1500kbps.wmv.html
http://hotfile.com/dl/734468/4905693/ACS0096-1500kbps.wmv.html
http://hotfile.com/dl/734489/20bba5c/ACS0097-1500kbps.wmv.html
http://hotfile.com/dl/734502/99ea3ad/ACS0098-1500kbps.wmv.html
http://hotfile.com/dl/734543/0e9e8f6/ACS0099-1500kbps.wmv.html
http://hotfile.com/dl/734561/e52dc58/ACS0100-1500kbps.wmv.html
http://hotfile.com/dl/734583/7cd2a74/ACS0101-1500kbps.wmv.html
http://hotfile.com/dl/734599/abf80a3/ACS0102-1500kbps.wmv.html
http://hotfile.com/dl/734605/1967e94/ACS0103-1500kbps.wmv.html
http://hotfile.com/dl/734619/42eeb0c/ACS0104-1500kbps.wmv.html
http://hotfile.com/dl/734636/8c42509/ACS0105-1500kbps.wmv.html
http://hotfile.com/dl/734651/0998002/ACS0106-1500kbps.wmv.html
http://hotfile.com/dl/734665/4b6c8ae/ACS0107-1500kbps.wmv.html

http://hotfile.com/dl/734673/6c9df3f/ACS0108-1500kbps.wmv.html
http://hotfile.com/dl/734684/ee8bdc4/ACS0109-1500kbps.wmv.html
http://hotfile.com/dl/734694/b80d695/ACS0110-1500kbps.wmv.html
http://hotfile.com/dl/734699/21a5fb5/ACS0111-1500kbps.wmv.html
http://hotfile.com/dl/741802/44078a2/ACS0112-1500kbps.wmv.html
http://hotfile.com/dl/741824/75b4585/ACS0113-1500kbps.wmv.html
http://hotfile.com/dl/741849/f6813c9/ACS0114-1500kbps.wmv.html
http://hotfile.com/dl/741858/9108ba8/ACS0115-1500kbps.wmv.html
http://hotfile.com/dl/757594/8e46d91/ACS0116-1500kbps.wmv.html
http://hotfile.com/dl/757640/6b7572e/ACS0117-1500kbps.wmv.html
http://hotfile.com/dl/757677/bb75047/ACS0118-1500kbps.wmv.html
http://hotfile.com/dl/757862/c0b0c96/ACS0119-1500kbps.wmv.html
http://hotfile.com/dl/758382/e311d83/ACS0120-1500kbps.wmv.html
http://hotfile.com/dl/758457/c728698/ACS0121-1500kbps.wmv.html
http://hotfile.com/dl/758472/57b30a1/ACS0122-1500kbps.wmv.html
http://hotfile.com/dl/758527/25fe72d/ACS0123-1500kbps.wmv.html
http://hotfile.com/dl/758565/3bbae8b/ACS0124-1500kbps.wmv.html
http://hotfile.com/dl/758674/d832d57/ACS0125-1500kbps.wmv.html
http://hotfile.com/dl/758704/be2adeb/ACS0126-1500kbps.wmv.html
http://hotfile.com/dl/758749/4db389f/ACS0127-1500kbps.wmv.html
http://hotfile.com/dl/758799/528be75/ACS0128-1500kbps.wmv.html
http://hotfile.com/dl/758819/7ca5c3d/ACS0129-1500kbps.wmv.html
http://hotfile.com/dl/758850/b7a20b8/ACS0130-1500kbps.wmv.html
http://hotfile.com/dl/1059764/7dc5b68/ACS0131-1500kbps.wmv.html
http://hotfile.com/dl/758984/e02d67e/ACS0132-1500kbps.wmv.html
http://hotfile.com/dl/759012/862f924/ACS0133-1500kbps.wmv.html
http://hotfile.com/dl/759097/f3f04fd/ACS0134-1500kbps.wmv.html

http://hotfile.com/dl/759147/743dbf6/ACS0135-1500kbps.wmv.html
http://hotfile.com/dl/759179/b34a3f0/ACS0136-1500kbps.wmv.html
http://hotfile.com/dl/759210/734f12b/ACS0137-1500kbps.wmv.html
http://hotfile.com/dl/759298/8a1244d/ACS0138-1500kbps.wmv.html
http://hotfile.com/dl/759318/b328cf7/ACS0139-1500kbps.wmv.html
http://hotfile.com/dl/759374/8777fb3/ACS0140-1500kbps.wmv.html
http://hotfile.com/dl/759419/2395792/ACS0141-1500kbps.wmv.html
http://hotfile.com/dl/759475/67d40aa/ACS0142-1500kbps.wmv.html
http://hotfile.com/dl/759511/f58a86e/ACS0143-1500kbps.wmv.html
http://hotfile.com/dl/759556/15318ea/ACS0144-1500kbps.wmv.html
http://hotfile.com/dl/759603/48e6d61/ACS0145-1500kbps.wmv.html
http://hotfile.com/dl/759643/fb5f723/ACS0146-1500kbps.wmv.html
http://hotfile.com/dl/759666/2f6d535/ACS0147-1500kbps.wmv.html
http://hotfile.com/dl/759709/ecda500/ACS0148-1500kbps.wmv.html
http://hotfile.com/dl/759722/0badcde/ACS0149-1500kbps.wmv.html
http://hotfile.com/dl/759742/5412a3c/ACS0150-1500kbps.wmv.html
http://hotfile.com/dl/759768/ab23a74/ACS0151-1500kbps.wmv.html
http://hotfile.com/dl/774506/dd254c4/ACS0152-1500kbps.wmv.html
http://hotfile.com/dl/774528/5ede215/ACS0153-1500kbps.wmv.html
http://hotfile.com/dl/774552/e9f4f47/ACS0154-1500kbps.wmv.html
http://hotfile.com/dl/774565/f648935/ACS0155-1500kbps.wmv.html
http://hotfile.com/dl/774581/7f41be8/ACS0156-1500kbps.wmv.html
http://hotfile.com/dl/774602/f37fe50/ACS0157-1500kbps.wmv.html
http://hotfile.com/dl/774621/d4afe7a/ACS0158-1500kbps.wmv.html
http://hotfile.com/dl/774632/fa0a2ab/ACS0159-1500kbps.wmv.html
http://hotfile.com/dl/774644/d049a5a/ACS0160-1500kbps.wmv.html
http://hotfile.com/dl/774662/9066f7/ACS0161-1500kbps.wmv.html

http://hotfile.com/dl/774682/33c2b5b/ACS0162-1500kbps.wmv.html
http://hotfile.com/dl/774695/783e393/ACS0163-1500kbps.wmv.html
http://hotfile.com/dl/774714/1da8d67/ACS0164-1500kbps.wmv.html
http://hotfile.com/dl/774728/93a8764/ACS0165-1500kbps.wmv.html
http://hotfile.com/dl/774749/b1433d9/ACS0166-1500kbps.wmv.html
http://hotfile.com/dl/774772/9ee2867/ACS0167-1500kbps.wmv.html
http://hotfile.com/dl/774796/f467b18/ACS0168-1500kbps.wmv.html
http://hotfile.com/dl/774813/371a299/ACS0169-1500kbps.wmv.html
http://hotfile.com/dl/774831/55926e6/ACS0170-1500kbps.wmv.html
http://hotfile.com/dl/774839/d3d282c/ACS0171-1500kbps.wmv.html
http://hotfile.com/dl/774855/98a942a/ACS0172-1500kbps.wmv.html
http://hotfile.com/dl/774872/dfaf6f1/ACS0173-1500kbps.wmv.html
http://hotfile.com/dl/774883/3589za4/ACS0174-1500kbps.wmv.html
http://hotfile.com/dl/774904/a208b82/ACS0175-1500kbps.wmv.html
http://hotfile.com/dl/774930/14fdca2/ACS0176-1500kbps.wmv.html
http://hotfile.com/dl/775000/98613e9/ACS0177-1500kbps.wmv.html
http://hotfile.com/dl/775046/2556ca7/ACS0178-1500kbps.wmv.html
http://hotfile.com/dl/775072/c7eeafb/ACS0179-1500kbps.wmv.html
http://hotfile.com/dl/775105/3bddc8e/ACS0180-1500kbps.wmv.html
http://hotfile.com/dl/741774/4a4869e/ACS0181-1500kbps.wmv.html
http://hotfile.com/dl/741760/69099d9/ACS0182-1500kbps.wmv.html
http://hotfile.com/dl/741750/6b11ab6/ACS0183-1500kbps.wmv.html
http://hotfile.com/dl/741613/5d7ef42/ACS0184-1500kbps.wmv.html
http://hotfile.com/dl/741590/7c54f97/ACS0185-1500kbps.wmv.html
http://hotfile.com/dl/741560/f571282/ACS0186-1500kbps.wmv.html
http://hotfile.com/dl/741530/f59892e/ACS0187-1500kbps.wmv.html
http://hotfile.com/dl/741487/df1fd8f/ACS0188-1500kbps.wmv.html

http://hotfile.com/dl/741454/b2423de/ACS0189-1500kbps.wmv.html
http://hotfile.com/dl/860517/fb4a434/ACS0190-1500kbps.wmv.html
http://hotfile.com/dl/1045654/baed8b3/ACS0191-1500kbps.wmv.html
http://hotfile.com/dl/1166592/3399d39/ACM0458-1500kbps.wmv.html
http://hotfile.com/dl/1166568/80af29f/ACM0459-1500kbps.wmv.html
http://hotfile.com/dl/1165517/ec48e61/ACM0460-1500kbps.wmv.html
http://hotfile.com/dl/1166477/b7fee4a/ACM0461-1500kbps.wmv.html
http://hotfile.com/dl/1166450/f8593ce/ACM0462-1500kbps.wmv.html
http://hotfile.com/dl/1166413/d6e6737/ACM0463-1500kbps.wmv.html
http://hotfile.com/dl/1166349/c1c1848/ACM0464-1500kbps.wmv.html
http://hotfile.com/dl/1166309/49b076d/ACM0465-1500kbps.wmv.html
http://hotfile.com/dl/1166261/afaaafe/ACM0466-1500kbps.wmv.html
http://hotfile.com/dl/1166194/cf75f9d/ACM0467-1500kbps.wmv.html
http://hotfile.com/dl/1166173/f212612/ACM0468-1500kbps.wmv.html
http://hotfile.com/dl/1166150/bd92373/ACM0469-1500kbps.wmv.html
http://hotfile.com/dl/1166123/1a47334/ACM0470-1500kbps.wmv.html
http://hotfile.com/dl/1166104/4c44f7a/ACM0471-1500kbps.wmv.html
http://hotfile.com/dl/1166074/e2fb3ad/ACM0472-1500kbps.wmv.html
http://hotfile.com/dl/1166046/7ae6475/ACM0473-1500kbps.wmv.html
http://hotfile.com/dl/1166062/aab202a/ACM0474-1500kbps.wmv.html
http://hotfile.com/dl/1166025/c1048d2/ACM0475-1500kbps.wmv.html
http://hotfile.com/dl/1166013/24c3291/ACM0476-1500kbps.wmv.html
http://hotfile.com/dl/1165991/f25b461/ACM0477-1500kbps.wmv.html
http://hotfile.com/dl/1165972/0d7d456/ACM0478-1500kbps.wmv.html
http://hotfile.com/dl/1165918/10f9d84/ACM0479-1500kbps.wmv.html
http://hotfile.com/dl/1165885/6285809/ACM0480-1500kbps.wmv.html
http://hotfile.com/dl/1165855/cd47c33/ACM0481-1500kbps.wmv.html

http://hotfile.com/dl/1165833/55a4fe2/ACM0482-1500kbps.wmv.html
http://hotfile.com/dl/1165782/3c14490/ACM0483-1500kbps.wmv.html
http://hotfile.com/dl/1165757/8c312ef/ACM0484-1500kbps.wmv.html
http://hotfile.com/dl/1165729/c424607/ACM0485-1500kbps.wmv.html
http://hotfile.com/dl/1165693/79ec692/ACM0486-1500kbps.wmv.html
http://hotfile.com/dl/1165659/f6bedc5/ACM0487-1500kbps.wmv.html
http://hotfile.com/dl/1165630/2a0565e/ACM0488-1500kbps.wmv.html
http://hotfile.com/dl/1165599/99ece4b/ACM0489-1500kbps.wmv.html
http://hotfile.com/dl/1165588/00219f3/ACM0490-1500kbps.wmv.html
http://hotfile.com/dl/1165566/5fc59f2/ACM0491-1500kbps.wmv.html
http://hotfile.com/dl/1165550/1b5058b/ACM0492-1500kbps.wmv.html
http://hotfile.com/dl/1165526/6c4d8d8/ACM0493-1500kbps.wmv.html
http://hotfile.com/dl/1165489/b383c96/ACM0494-1500kbps.wmv.html
http://hotfile.com/dl/1165512/6550971/ACM0495-1500kbps.wmv.html
http://hotfile.com/dl/1165460/d3c6cf0/ACM0496-1500kbps.wmv.html
http://hotfile.com/dl/1165427/d00b6ea/ACM0497-1500kbps.wmv.html
http://hotfile.com/dl/1165381/556b0fa/ACM0498-1500kbps.wmv.html
http://hotfile.com/dl/1165327/180282a/ACM0499-1500kbps.wmv.html
http://hotfile.com/dl/1165040/d3a9b6a/ACM0500-1500kbps.wmv.html
http://hotfile.com/dl/1164963/af5254c/ACM0501-1500kbps.wmv.html
http://hotfile.com/dl/1164856/5c8fcf1/ACM0502-1500kbps.wmv.html
http://hotfile.com/dl/1164737/a15ac91/ACM0503-1500kbps.wmv.html
http://hotfile.com/dl/1164612/95280d0/ACM0504-1500kbps.wmv.html
http://hotfile.com/dl/1164510/4849f39/ACM0505-1500kbps.wmv.html
http://hotfile.com/dl/1164407/914ac5d/ACM0506-1500kbps.wmv.html
http://hotfile.com/dl/1164254/ea3bcd2/ACM0507-1500kbps.wmv.html
http://hotfile.com/dl/1164073/614a811/ACM0508-1500kbps.wmv.html

http://hotfile.com/dl/1058891/e6219af/ACM0509-1500kbps.wmv.html
http://hotfile.com/dl/1058828/6d40960/ACM0510-1500kbps.wmv.html
http://hotfile.com/dl/1058778/f5b6613/ACM0511-1500kbps.wmv.html
http://hotfile.com/dl/1058744/3105a79/ACM0512-1500kbps.wmv.html
http://hotfile.com/dl/1058724/48a1d9a/ACM0513-1500kbps.wmv.html
http://hotfile.com/dl/1058698/61e290e/ACM0514-1500kbps.wmv.html
http://hotfile.com/dl/1058663/443687f/ACM0515-1500kbps.wmv.html
http://hotfile.com/dl/1058645/1cb99b2/ACM0516-1500kbps.wmv.html
http://hotfile.com/dl/1058599/966f6b4/ACM0517-1500kbps.wmv.html
http://hotfile.com/dl/1058555/58fb41d/ACM0518-1500kbps.wmv.html
http://hotfile.com/dl/1058516/694b8b0/ACM0519-1500kbps.wmv.html
http://hotfile.com/dl/1058471/0f4338a/ACM0520-1500kbps.wmv.html
http://hotfile.com/dl/1058446/b1c0dfe/ACM0521-1500kbps.wmv.html
http://hotfile.com/dl/1058370/fc3bfb7/ACM0522-1500kbps.wmv.html
http://hotfile.com/dl/1058295/24813b5/ACM0523-1500kbps.wmv.html
http://hotfile.com/dl/1058254/3f1c06c/ACM0524-1500kbps.wmv.html
http://hotfile.com/dl/1058137/74787d5/ACM0525-1500kbps.wmv.html
http://hotfile.com/dl/1058107/68ef3fd/ACM0526-1500kbps.wmv.html
http://hotfile.com/dl/1058083/b6d90d7/ACM0527-1500kbps.wmv.html
http://hotfile.com/dl/1058055/552506e/ACM0528-1500kbps.wmv.html
http://hotfile.com/dl/1058008/d498fa8/ACM0529-1500kbps.wmv.html
http://hotfile.com/dl/1057928/3e96980/ACM0530-1500kbps.wmv.html
http://hotfile.com/dl/1057804/bf9ae77/ACM0531-1500kbps.wmv.html
http://hotfile.com/dl/1057628/948ab64/ACM0532-1500kbps.wmv.html
http://hotfile.com/dl/1057452/0886ad1/ACM0533-1500kbps.wmv.html
http://hotfile.com/dl/1057169/6ca5920/ACM0534-1500kbps.wmv.html
http://hotfile.com/dl/1056864/1d57c90/ACM0535-1500kbps.wmv.html

http://hotfile.com/dl/1055539/b402003/ACM0536-1500kbps.wmv.html
http://hotfile.com/dl/1056161/e6d5ab8/ACM0537-1500kbps.wmv.html
http://hotfile.com/dl/1055724/1d5785f/ACM0538-1500kbps.wmv.html
http://hotfile.com/dl/1055458/faf95b0/ACM0539-1500kbps.wmv.html
http://hotfile.com/dl/1054687/3c4f6ad/ACM0540-1500kbps.wmv.html
http://hotfile.com/dl/1054276/4f49547/ACM0541-1500kbps.wmv.html
http://hotfile.com/dl/1053780/1833ab7/ACM0542-1500kbps.wmv.html
http://hotfile.com/dl/1053313/6b989cf/ACM0543-1500kbps.wmv.html
http://hotfile.com/dl/1052823/50063c2/ACM0544-1500kbps.wmv.html
http://hotfile.com/dl/1052414/91860a6/ACM0545-1500kbps.wmv.html
http://hotfile.com/dl/1051942/874ec27/ACM0546-1500kbps.wmv.html
http://hotfile.com/dl/1051283/4e446e6/ACM0547-1500kbps.wmv.html
http://hotfile.com/dl/1050305/eb4367d/ACM0548-1500kbps.wmv.html
http://hotfile.com/dl/1049627/6ae7f64/ACM0549-1500kbps.wmv.html
http://hotfile.com/dl/1048729/4231462/ACM0550-1500kbps.wmv.html
http://hotfile.com/dl/1048178/8eed49b/ACM0551-1500kbps.wmv.html
http://hotfile.com/dl/1047472/06a79a5/ACM0552-1500kbps.wmv.html
http://hotfile.com/dl/953529/f4ce955/ACM0553-1500kbps.wmv.html
http://hotfile.com/dl/953505/c971868/ACM0554-1500kbps.wmv.html
http://hotfile.com/dl/953484/b39cd7b/ACM0555-1500kbps.wmv.html
http://hotfile.com/dl/953465/2bf48a8/ACM0556-1500kbps.wmv.html
http://hotfile.com/dl/953445/835769f/ACM0557-1500kbps.wmv.html
http://hotfile.com/dl/953431/80f4fc2/ACM0558-1500kbps.wmv.html
http://hotfile.com/dl/953408/98e3cb8/ACM0559-1500kbps.wmv.html
http://hotfile.com/dl/953398/96456f0/ACM0560-1500kbps.wmv.html
http://hotfile.com/dl/953370/34a8d06/ACM0561-1500kbps.wmv.html
http://hotfile.com/dl/953354/6a96525/ACM0562-1500kbps.wmv.html

http://hotfile.com/dl/952140/80f2d1b/ACM0563-1500kbps.wmv.html
http://hotfile.com/dl/952153/e858ad0/ACM0564-1500kbps.wmv.html
http://hotfile.com/dl/952105/75ed876/ACM0565-1500kbps.wmv.html
http://hotfile.com/dl/952086/d973e34/ACM0566-1500kbps.wmv.html
http://hotfile.com/dl/952066/c6876e2/ACM0567-1500kbps.wmv.html
http://hotfile.com/dl/952041/63fef0f/ACM0568-1500kbps.wmv.html
http://hotfile.com/dl/952015/f616998/ACM0569-1500kbps.wmv.html
http://hotfile.com/dl/951993/44caf5c/ACM0570-1500kbps.wmv.html
http://hotfile.com/dl/951976/85a4267/ACM0571-1500kbps.wmv.html
http://hotfile.com/dl/951958/ae78f9d/ACM0572-1500kbps.wmv.html
http://hotfile.com/dl/951869/8438a29/ACM0573-1500kbps.wmv.html
http://hotfile.com/dl/951661/4c25358/ACM0574-1500kbps.wmv.html
http://hotfile.com/dl/950613/8a0be33/ACM0575-1500kbps.wmv.html
http://hotfile.com/dl/950766/83b658f/ACM0576-1500kbps.wmv.html
http://hotfile.com/dl/951536/fd475f8/ACM0577-1500kbps.wmv.html
http://hotfile.com/dl/865731/a7154e2/ACM0578-1500kbps.wmv.html
http://hotfile.com/dl/865613/4d77e2c/ACM0579-1500kbps.wmv.html
http://hotfile.com/dl/865397/59907da/ACM0580-1500kbps.wmv.html
http://hotfile.com/dl/865226/3cbdd68/ACM0581-1500kbps.wmv.html
http://hotfile.com/dl/865130/2370f06/ACM0582-1500kbps.wmv.html
http://hotfile.com/dl/865040/ff82ed1/ACM0583-1500kbps.wmv.html
http://hotfile.com/dl/864864/894d68e/ACM0584-1500kbps.wmv.html
http://hotfile.com/dl/864768/fc51f74/ACM0585-1500kbps.wmv.html
http://hotfile.com/dl/864542/0b77a20/ACM0586-1500kbps.wmv.html
http://hotfile.com/dl/864639/30a58ba/ACM0587-1500kbps.wmv.html
http://hotfile.com/dl/864678/4b6b90c/ACM0588-1500kbps.wmv.html
http://hotfile.com/dl/864436/d19708b/ACM0589-1500kbps.wmv.html

http://hotfile.com/dl/864302/8857376/ACM0590-1500kbps.wmv.html
http://hotfile.com/dl/864181/dd48d1e/ACM0591-1500kbps.wmv.html
http://hotfile.com/dl/864071/0e3b5be/ACM0592-1500kbps.wmv.html
http://hotfile.com/dl/863953/a261fd6/ACM0593-1500kbps.wmv.html
http://hotfile.com/dl/863838/0c27ff5/ACM0594-1500kbps.wmv.html
http://hotfile.com/dl/863703/68557a8/ACM0595-1500kbps.wmv.html
http://hotfile.com/dl/863526/abbba77/ACM0596-1500kbps.wmv.html
http://hotfile.com/dl/862694/1558a01/ACM0597-1500kbps.wmv.html
http://hotfile.com/dl/862480/5403b76/ACM0598-1500kbps.wmv.html
http://hotfile.com/dl/862315/0d46573/ACM0599-1500kbps.wmv.html
http://hotfile.com/dl/862071/2b9a941/ACM0600-1500kbps.wmv.html
http://hotfile.com/dl/861788/73dffe0/ACM0601-1500kbps.wmv.html
http://hotfile.com/dl/861598/793b3e1/ACM0602-1500kbps.wmv.html
http://hotfile.com/dl/861325/59ec6b6/ACM0603-1500kbps.wmv.html
http://hotfile.com/dl/861133/7e38a87/ACM0604-1500kbps.wmv.html
http://hotfile.com/dl/807746/fa6e6c5/ACM0605-1500kbps.wmv.html
http://hotfile.com/dl/807712/5aac5ed/ACM0606-1500kbps.wmv.html
http://hotfile.com/dl/807699/10595a8/ACM0607-1500kbps.wmv.html
http://hotfile.com/dl/807668/c76cfcf/ACM0608-1500kbps.wmv.html
http://hotfile.com/dl/807638/6c1ede2/ACM0609-1500kbps.wmv.html
http://hotfile.com/dl/807472/ce2de54/ACM0610-1500kbps.wmv.html
http://hotfile.com/dl/807450/f44b701/ACM0611-1500kbps.wmv.html
http://hotfile.com/dl/807396/f93bd23/ACM0612-1500kbps.wmv.html
http://hotfile.com/dl/807383/98b9a26/ACM0613-1500kbps.wmv.html
http://hotfile.com/dl/807352/48e9edf/ACM0614-1500kbps.wmv.html
http://hotfile.com/dl/807327/d9ae4bc/ACM0615-1500kbps.wmv.html
http://hotfile.com/dl/807334/81c8786/ACM0616-1500kbps.wmv.html

http://hotfile.com/dl/807338/978ef80/ACM0617-1500kbps.wmv.html
http://hotfile.com/dl/807309/7cc25fc/ACM0618-1500kbps.wmv.html
http://hotfile.com/dl/807291/f9a99c3/ACM0619-1500kbps.wmv.html
http://hotfile.com/dl/807283/53bb785/ACM0620-1500kbps.wmv.html
http://hotfile.com/dl/807261/3caa6eb/ACM0621-1500kbps.wmv.html
http://hotfile.com/dl/807241/a52de0b/ACM0622-1500kbps.wmv.html
http://hotfile.com/dl/807226/2984aa9/ACM0623-1500kbps.wmv.html
http://hotfile.com/dl/807201/ebcac94/ACM0624-1500kbps.wmv.html
http://hotfile.com/dl/807173/f7538a1/ACM0625-1500kbps.wmv.html
http://hotfile.com/dl/807149/ced716f/ACM0626-1500kbps.wmv.html
http://hotfile.com/dl/807131/5ac0d14/ACM0627-1500kbps.wmv.html
http://hotfile.com/dl/807098/708bfd2/ACM0628-1500kbps.wmv.html
http://hotfile.com/dl/806781/81061aa/ACM0629-1500kbps.wmv.html
http://hotfile.com/dl/806751/a8bd442/ACM0630-1500kbps.wmv.html
http://hotfile.com/dl/806724/f4b1d5c/ACM0631-1500kbps.wmv.html
http://hotfile.com/dl/806693/49f7cf1/ACM0632-1500kbps.wmv.html
http://hotfile.com/dl/806666/e624bb8/ACM0633-1500kbps.wmv.html
http://hotfile.com/dl/806654/fdf1c04/ACM0634-1500kbps.wmv.html
http://hotfile.com/dl/806644/d65aa23/ACM0635-1500kbps.wmv.html
http://hotfile.com/dl/806632/84f53e1/ACM0636-1500kbps.wmv.html
http://hotfile.com/dl/806617/0bacfb6/ACM0637-1500kbps.wmv.html
http://hotfile.com/dl/806606/111d367/ACM0638-1500kbps.wmv.html
http://hotfile.com/dl/806592/166ddbd/ACM0639-1500kbps.wmv.html
http://hotfile.com/dl/806583/2b8a987/ACM0640-1500kbps.wmv.html
http://hotfile.com/dl/806559/602c495/ACM0641-1500kbps.wmv.html
http://hotfile.com/dl/806550/6f6532e/ACM0642-1500kbps.wmv.html
http://hotfile.com/dl/806535/9794165/ACM0643-1500kbps.wmv.html

http://hotfile.com/dl/806517/25723ad/ACM0644-1500kbps.wmv.html
http://hotfile.com/dl/806501/eaf81a3/ACM0645-1500kbps.wmv.html
http://hotfile.com/dl/806482/0f53df2/ACM0646-1500kbps.wmv.html
http://hotfile.com/dl/806448/c6886bb/ACM0647-1500kbps.wmv.html
http://hotfile.com/dl/806467/c0289c3/ACM0648-1500kbps.wmv.html
http://hotfile.com/dl/806423/5fd4682/ACM0649-1500kbps.wmv.html
http://hotfile.com/dl/806408/a6224e3/ACM0650-1500kbps.wmv.html
http://hotfile.com/dl/806396/99ab3f0/ACM0651-1500kbps.wmv.html
http://hotfile.com/dl/775853/b6d7288/ACM0652-1500kbps.wmv.html
http://hotfile.com/dl/775592/5a905ce/ACM0653-1500kbps.wmv.html
http://hotfile.com/dl/775580/b95fd75/ACM0654-1500kbps.wmv.html
http://hotfile.com/dl/775573/79b855c/ACM0655-1500kbps.wmv.html
http://hotfile.com/dl/775561/1e60622/ACM0656-1500kbps.wmv.html
http://hotfile.com/dl/775546/32c30be/ACM0657-1500kbps.wmv.html
http://hotfile.com/dl/775529/cb92f51/ACM0658-1500kbps.wmv.html
http://hotfile.com/dl/775516/d6b0b3c/ACM0659-1500kbps.wmv.html
http://hotfile.com/dl/775509/9f836a0/ACM0660-1500kbps.wmv.html
http://hotfile.com/dl/775499/008d81b/ACM0661-1500kbps.wmv.html
http://hotfile.com/dl/775485/e566355/ACM0662-1500kbps.wmv.html
http://hotfile.com/dl/775465/0f462bc/ACM0663-1500kbps.wmv.html
http://hotfile.com/dl/775453/84e170f/ACM0664-1500kbps.wmv.html
http://hotfile.com/dl/775441/2ab9352/ACM0665-1500kbps.wmv.html
http://hotfile.com/dl/775416/a5319ba/ACM0666-1500kbps.wmv.html
http://hotfile.com/dl/775429/275a6c1/ACM0667-1500kbps.wmv.html
http://hotfile.com/dl/775393/305f6f7/ACM0668-1500kbps.wmv.html
http://hotfile.com/dl/775349/1b4ee3d/ACM0669-1500kbps.wmv.html
http://hotfile.com/dl/775317/4e06af1/ACM0670-1500kbps.wmv.html

http://hotfile.com/dl/775307/ce1a24d/ACM0671-1500kbps.wmv.html
http://hotfile.com/dl/806162/59d023f/ACM0671-1500kbps.wmv.html
http://hotfile.com/dl/775277/1399eb8/ACM0671-1500kbps.wmv.html
http://hotfile.com/dl/806343/ca72b41/ACM0672-1500kbps.wmv.html
http://hotfile.com/dl/949301/96b0fae/ACM0673-1500kbps.wmv.html
http://hotfile.com/dl/949512/c67eed0/ACM0674-1500kbps.wmv.html
http://hotfile.com/dl/1197550/bf57948/ACM0457-1500kbps.wmv.html
http://hotfile.com/dl/1197591/171e9df/ACM0456-1500kbps.wmv.html
http://hotfile.com/dl/1197647/fddf563/ACM0455-1500kbps.wmv.html
http://hotfile.com/dl/1197664/41dc0bd/ACM0454-1500kbps.wmv.html
http://hotfile.com/dl/1197675/6479c6/ACM0453-1500kbps.wmv.html
http://hotfile.com/dl/1197702/633eec7/ACM0452-1500kbps.wmv.html
http://hotfile.com/dl/1197713/201401f/ACM0451-1500kbps.wmv.html
http://hotfile.com/dl/1197728/911b49d/ACM0450-1500kbps.wmv.html
http://hotfile.com/dl/1197744/a5045e6/ACM0449-1500kbps.wmv.html
http://hotfile.com/dl/1197753/e7ca9e9/ACM0448-1500kbps.wmv.html
http://hotfile.com/dl/1197767/d48889e/ACM0447-1500kbps.wmv.html
http://hotfile.com/dl/1197788/1151b2c/ACM0446-1500kbps.wmv.html
http://hotfile.com/dl/1197845/c69ce3c/ACM0445-1500kbps.wmv.html
http://hotfile.com/dl/1197853/1826127/ACM0444-1500kbps.wmv.html
http://hotfile.com/dl/1197873/8a8d64b/ACM0443-1500kbps.wmv.html
http://hotfile.com/dl/1197884/fec241a/ACM0442-1500kbps.wmv.html
http://hotfile.com/dl/1197892/c1adfbd/ACM0441-1500kbps.wmv.html
http://hotfile.com/dl/1197901/a7fe6d9/ACM0440-1500kbps.wmv.html
http://hotfile.com/dl/1197923/5946dd3/ACM0439-1500kbps.wmv.html
http://hotfile.com/dl/1197937/3d0fcf3/ACM0438-1500kbps.wmv.html
http://hotfile.com/dl/1197956/bef4e76/ACM0437-1500kbps.wmv.html

http://hotfile.com/dl/1197984/a6d0b02/ACM0436-1500kbps.wmv.html

http://hotfile.com/dl/1197994/b1e72d3/ACM0435-1500kbps.wmv.html
http://hotfile.com/dl/1198015/b4acb35/ACM0434-1500kbps.wmv.html
http://hotfile.com/dl/1198048/09d045d/ACM0433-1500kbps.wmv.html
http://hotfile.com/dl/1198063/18f921a/ACM0432-1500kbps.wmv.html
http://hotfile.com/dl/1198095/98d1483/ACM0431-1500kbps.wmv.html
http://hotfile.com/dl/1198113/c0227c5/ACM0430-1500kbps.wmv.html
http://hotfile.com/dl/1198140/2b9607f/ACM0429-1500kbps.wmv.html
http://hotfile.com/dl/1198167/6ee150e/ACM0428-1500kbps.wmv.html
http://hotfile.com/dl/1198190/d781d91/ACM0427-1500kbps.wmv.html
http://hotfile.com/dl/1198212/8994e29/ACM0426-1500kbps.wmv.html
http://hotfile.com/dl/1198244/96d33ce/ACM0425-1500kbps.wmv.html
http://hotfile.com/dl/1198258/522d993/ACM0424-1500kbps.wmv.html
http://hotfile.com/dl/1198279/3991e59/ACM0423-1500kbps.wmv.html
http://hotfile.com/dl/1289950/7bc847c/ACM0422-1500kbps.wmv.html
http://hotfile.com/dl/1289965/698d9de/ACM0421-1500kbps.wmv.html
http://hotfile.com/dl/1290206/13f0be7/ACM0420-1500kbps.wmv.html
http://hotfile.com/dl/1290226/39ca068/ACM0419-1500kbps.wmv.html
http://hotfile.com/dl/1290244/177c2de/ACM0418-1500kbps.wmv.html
http://hotfile.com/dl/1290274/a93ba68/ACM0417-1500kbps.wmv.html
http://hotfile.com/dl/1290290/44fa540/ACM0416-1500kbps.wmv.html
http://hotfile.com/dl/1290327/0082cd6/ACM0415-1500kbps.wmv.html
http://hotfile.com/dl/1290338/9a35a72/ACM0414-1500kbps.wmv.html
http://hotfile.com/dl/1290355/4d9ab71/ACM0413-1500kbps.wmv.html
http://hotfile.com/dl/1290378/a92e794/ACM0412-1500kbps.wmv.html
http://hotfile.com/dl/1290395/b696877/ACM0411-1500kbps.wmv.html

http://hotfile.com/dl/1290424/4538e93/ACM0410-1500kbps.wmv.html
http://hotfile.com/dl/1290442/2cc7a34/ACM0409-1500kbps.wmv.html
http://hotfile.com/dl/1290461/098759e/ACM0408-1500kbps.wmv.html
http://hotfile.com/dl/1290466/62d257a/ACM0407-1500kbps.wmv.html\
http://hotfile.com/dl/1290491/f7e32bb/ACM0406-1500kbps.wmv.html
http://hotfile.com/dl/1290537/1e53c25/ACM0405-1500kbps.wmv.html
http://hotfile.com/dl/1290545/64a4842/ACM0404-1500kbps.wmv.html
http://hotfile.com/dl/1290557/918d838/ACM0403-1500kbps.wmv.html
http://hotfile.com/dl/1290567/2d2ea85/ACM0402-1500kbps.wmv.html
http://hotfile.com/dl/1290584/57b4498/ACM0401-1500kbps.wmv.html
http://hotfile.com/dl/1290600/4fb43a9/ACM0400-1500kbps.wmv.html
http://hotfile.com/dl/1290620/58b8f19/ACM0399-1500kbps.wmv.html
http://hotfile.com/dl/1290640/5c761ea/ACM0398-1500kbps.wmv.html
http://hotfile.com/dl/1290656/f384ae0/ACM0396-1500kbps.wmv.html
http://hotfile.com/dl/1290662/472ecd6/ACM0397-1500kbps.wmv.html
http://hotfile.com/dl/1290672/93e319e/ACM0395-1500kbps.wmv.html
http://hotfile.com/dl/1290681/5b20615/ACM0394-1500kbps.wmv.html
http://hotfile.com/dl/1423140/623e709/ACM0393-1500kbps.wmv.html
http://hotfile.com/dl/1423155/0e8672c/ACM0392-1500kbps.wmv.html
http://hotfile.com/dl/1423171/1b5e025/ACM0391-1500kbps.wmv.html
http://hotfile.com/dl/1423191/2ed04f9/ACM0390-1500kbps.wmv.html
http://hotfile.com/dl/1423235/36c6688/ACM0389-1500kbps.wmv.html
http://hotfile.com/dl/1423246/0525f43/ACM0388-1500kbps.wmv.html
http://hotfile.com/dl/1423256/b33af95/ACM0387-1500kbps.wmv.html
http://hotfile.com/dl/1423314/70b0cb5/ACM0386-1500kbps.wmv.html
http://hotfile.com/dl/1423332/3a623bb/ACM0385-1500kbps.wmv.html
http://hotfile.com/dl/1423352/4b2daba/ACM0384-1500kbps.wmv.html

http://hotfile.com/dl/1423373/514e861/ACM0383-1500kbps.wmv.html
http://hotfile.com/dl/1423407/82265bb/ACM0382-1500kbps.wmv.html
http://hotfile.com/dl/1423463/39067d6/ACM0381-1500kbps.wmv.html
http://hotfile.com/dl/1423487/4649e1c/ACM0380-1500kbps.wmv.html
http://hotfile.com/dl/1423519/0220ff6/ACM0379-1500kbps.wmv.html
http://hotfile.com/dl/1423555/9844e11/ACM0378-1500kbps.wmv.html
http://hotfile.com/dl/1423583/5932c7b/ACM0377-1500kbps.wmv.html
http://hotfile.com/dl/1423618/42cb46e/ACM0376-1500kbps.wmv.html
http://hotfile.com/dl/1423655/2bbb6cc/ACM0375-1500kbps.wmv.html
http://hotfile.com/dl/1423719/aeac76a/ACM0374-1500kbps.wmv.html
http://hotfile.com/dl/1423770/ac4f256/ACM0373-1500kbps.wmv.html
http://hotfile.com/dl/1423800/66a94e3/ACM0371-1500kbps.wmv.html
http://hotfile.com/dl/1423821/2c3f925/ACM0372-1500kbps.wmv.html
http://hotfile.com/dl/1423868/e4bcce4/ACM0370-1500kbps.wmv.html
http://hotfile.com/dl/1423903/4d6d980/ACM0368-1500kbps.wmv.html
http://hotfile.com/dl/1423929/d7ba92d/ACM0369-1500kbps.wmv.html
http://hotfile.com/dl/1423949/36f6e0a/ACM0367-1500kbps.wmv.html
http://hotfile.com/dl/1423992/caa3acd/ACM0366-1500kbps.wmv.html
http://hotfile.com/dl/1424033/17b9079/ACM0365-1500kbps.wmv.html
http://hotfile.com/dl/1425391/407216c/ACM0364-1500kbps.wmv.html
http://hotfile.com/dl/1425700/e0613c2/ACM0363-1500kbps.wmv.html
http://hotfile.com/dl/1425740/62818e7/ACM0362-1500kbps.wmv.html
http://hotfile.com/dl/1425771/ccfca41/ACM0361-1500kbps.wmv.html
http://hotfile.com/dl/1425801/5fc8d6e/ACM0360-1500kbps.wmv.html
http://hotfile.com/dl/1425832/3aba765/ACM0359-1500kbps.wmv.html
http://hotfile.com/dl/1425864/c0e38f3/ACM0358-1500kbps.wmv.html
http://hotfile.com/dl/1426089/c3437 6a/ACM0357-1500kbps.wmv.html

http://hotfile.com/dl/1426130/d2222fe/ACM0356-1500kbps.wmv.html
http://hotfile.com/dl/1426207/c696061/ACM0355-1500kbps.wmv.html
http://hotfile.com/dl/1426246/e00c2b9/ACM0354-1500kbps.wmv.html
http://hotfile.com/dl/1426271/02a7f61/ACM0353-1500kbps.wmv.html
http://hotfile.com/dl/1426293/4b0f0e6/ACM0352-1500kbps.wmv.html
http://hotfile.com/dl/1426356/040988d/ACM0351-1500kbps.wmv.html
http://hotfile.com/dl/1426375/2359838/ACM0350-1500kbps.wmv.html
http://hotfile.com/dl/1426400/db1e74c/ACM0349-1500kbps.wmv.html
http://hotfile.com/dl/1426419/797fbdc/ACM0348-1500kbps.wmv.html
http://hotfile.com/dl/1426520/06cefe4/ACM0347-1500kbps.wmv.html
http://hotfile.com/dl/1426549/21dd969/ACM0346-1500kbps.wmv.html
http://hotfile.com/dl/1426583/11e2e39/ACM0345-1500kbps.wmv.html
http://hotfile.com/dl/1426611/2f758ae/ACM0344-1500kbps.wmv.html
http://hotfile.com/dl/1426630/9c2185c/ACM0343-1500kbps.wmv.html
http://hotfile.com/dl/1426664/d269c93/ACM0342-1500kbps.wmv.html
http://hotfile.com/dl/1426680/c0fa4de/ACM0341-1500kbps.wmv.html
http://hotfile.com/dl/1426709/8867bb0/ACM0340-1500kbps.wmv.html
http://hotfile.com/dl/1426754/8c00205/ACM0339-1500kbps.wmv.html
http://hotfile.com/dl/1426790/41c67bb/ACM0338-1500kbps.wmv.html
http://hotfile.com/dl/1423084/059fc38/ACM0675-1500kbps.wmv.html
http://hotfile.com/dl/1487346/fb02b9b/ACM0346-1500kbps.wmv.html
http://hotfile.com/dl/1487419/4b6232e/ACM0337-1500kbps.wmv.html
http://hotfile.com/dl/1487442/9853798/ACM0336-1500kbps.wmv.html
http://hotfile.com/dl/1487459/b9807a5/ACM0335-1500kbps.wmv.html
http://hotfile.com/dl/1487532/a69b40e/ACM0334-1500kbps.wmv.html
http://hotfile.com/dl/1487540/668e860/ACM0333-1500kbps.wmv.html
http://hotfile.com/dl/1487558/3e67e37/ACM0332-1500kbps.wmv.html

http://hotfile.com/dl/1487573/1fc26a9/ACM0331-1500kbps.wmv.html
http://hotfile.com/dl/1487588/0bddef/ACM0330-1500kbps.wmv.html
http://hotfile.com/dl/1487625/7cc478c/ACM0329-1500kbps.wmv.html
http://hotfile.com/dl/1487644/3223bcd/ACM0321-1500kbps.wmv.html
http://hotfile.com/dl/1487652/c94f902/ACM0328-1500kbps.wmv.html
http://hotfile.com/dl/1487675/c96ca23/ACM0327-1500kbps.wmv.html
http://hotfile.com/dl/1487692/9b946c4/ACM0326-1500kbps.wmv.html
http://hotfile.com/dl/1487710/f74be33/ACM0325-1500kbps.wmv.html
http://hotfile.com/dl/1487730/3ac4d21/ACM0324-1500kbps.wmv.html
http://hotfile.com/dl/1487749/9e0b929/ACM0323-1500kbps.wmv.html
http://hotfile.com/dl/1487756/094c718/ACM0322-1500kbps.wmv.html
http://hotfile.com/dl/1487765/731dee3/ACM0320-1500kbps.wmv.html
http://hotfile.com/dl/1487772/b1ecab2/ACM0319-1500kbps.wmv.html
http://hotfile.com/dl/1487784/cbe73f3/ACM0317-1500kbps.wmv.html
http://hotfile.com/dl/1487787/83d8270/ACM0318-1500kbps.wmv.html
http://hotfile.com/dl/1487799/5e0e142/ACM0316-1500kbps.wmv.html
http://hotfile.com/dl/1487853/8bd3ffe/ACM0314-1500kbps.wmv.html
http://hotfile.com/dl/1487876/e9f394a/ACM0315-1500kbps.wmv.html
http://hotfile.com/dl/1487882/e405457/ACM0313-1500kbps.wmv.html
http://hotfile.com/dl/1488235/bf92fda/ACM0312-1500kbps.wmv.html
http://hotfile.com/dl/1488250/4764b3a/ACM0311-1500kbps.wmv.html
http://hotfile.com/dl/1488262/97ae6c2/ACM0310-1500kbps.wmv.html
http://hotfile.com/dl/1488333/df66816/ACM0309-1500kbps.wmv.html
http://hotfile.com/dl/1488355/c98a944/ACM0308-1500kbps.wmv.html
http://hotfile.com/dl/1488370/6ea2ad4/ACM0307-1500kbps.wmv.html
http://hotfile.com/dl/1488383/a176cbd/ACM0306-1500kbps.wmv.html
http://hotfile.com/dl/1488395/5f9d427/ACM0305-1500kbps.wmv.html

http://hotfile.com/dl/1488411/08469bb/ACM0304-1500kbps.wmv.html
http://hotfile.com/dl/1488421/d3f9d82/ACM0303-1500kbps.wmv.html
http://hotfile.com/dl/1488436/6bd0f37/ACM0302-1500kbps.wmv.html
http://hotfile.com/dl/1488444/98e428a/ACM0301-1500kbps.wmv.html
http://hotfile.com/dl/1488511/08acd4c/ACM0299-1500kbps.wmv.html
http://hotfile.com/dl/1488555/1ef0114/ACM0300-1500kbps.wmv.html
http://hotfile.com/dl/1488586/89709e0/ACM0298-1500kbps.wmv.html
http://hotfile.com/dl/1488621/8185776/ACM0296-1500kbps.wmv.html
http://hotfile.com/dl/1488632/3f47c45/ACM0297-1500kbps.wmv.html
http://hotfile.com/dl/1488649/81de31e/ACM0295-1500kbps.wmv.html
http://hotfile.com/dl/1488676/8ca0066/ACM0294-1500kbps.wmv.html
http://hotfile.com/dl/1488692/d2ee413/ACM0293-1500kbps.wmv.html
http://hotfile.com/dl/1488725/109b535/ACM0292-1500kbps.wmv.html
http://hotfile.com/dl/1488756/ce2f8be/ACM0290-1500kbps.wmv.html
http://hotfile.com/dl/1488767/6b447a3/ACM0291-1500kbps.wmv.html
http://hotfile.com/dl/1488795/64b1769/ACM0289-1500kbps.wmv.html
http://hotfile.com/dl/1488833/def9aad/ACM0288-1500kbps.wmv.html
http://hotfile.com/dl/1488846/79947c0/ACM0287-1500kbps.wmv.html
http://hotfile.com/dl/1488861/a316c65/ACM0286-1500kbps.wmv.html
http://hotfile.com/dl/1488889/302c65f/ACM0285-1500kbps.wmv.html
http://hotfile.com/dl/1488964/a2e205f/ACM0284-1500kbps.wmv.html
http://hotfile.com/dl/1488986/e95184c/ACM0283-1500kbps.wmv.html
http://hotfile.com/dl/1489002/9f29225/ACM0282-1500kbps.wmv.html
http://hotfile.com/dl/1489022/ad372d9/ACM0281-1500kbps.wmv.html
http://hotfile.com/dl/1489038/156e1fd/ACM0280-1500kbps.wmv.html
http://hotfile.com/dl/1489089/95e16f4/ACM0279-1500kbps.wmv.html
http://hotfile.com/dl/1489124/9fc8556/ACM0278-1500kbps.wmv.html

http://hotfile.com/dl/1489175/b7cd2bd/ACM0277-1500kbps.wmv.html
http://hotfile.com/dl/1489247/12b097c/ACM0276-1500kbps.wmv.html
http://hotfile.com/dl/1489286/1d1b2bd/ACM0274-1500kbps.wmv.html
http://hotfile.com/dl/1489331/dd875e2/ACM0275-1500kbps.wmv.html
http://hotfile.com/dl/1489354/13bc186/ACM0273-1500kbps.wmv.html
http://hotfile.com/dl/1489395/d5d15c2/ACM0271-1500kbps.wmv.html
http://hotfile.com/dl/1489416/0472d0d/ACM0272-1500kbps.wmv.html
http://hotfile.com/dl/1489458/dded00a/ACM0270-1500kbps.wmv.html
http://hotfile.com/dl/1489499/e81d427/ACM0269-1500kbps.wmv.html
http://hotfile.com/dl/1489537/142fc61/ACM0268-1500kbps.wmv.html
http://hotfile.com/dl/1489685/3b2cff2/ACM0267-1500kbps.wmv.html
http://hotfile.com/dl/1489726/5158492/ACM0266-1500kbps.wmv.html
http://hotfile.com/dl/1489765/b732090/ACM0264-1500kbps.wmv.html
http://hotfile.com/dl/1489788/1346c25/ACM0265-1500kbps.wmv.html
http://hotfile.com/dl/1489827/4ec400f/ACM0263-1500kbps.wmv.html
http://hotfile.com/dl/1489849/2b718ca/ACM0261-1500kbps.wmv.html
http://hotfile.com/dl/1489882/5a1c390/ACM0260-1500kbps.wmv.html
http://hotfile.com/dl/1489911/490ac72/ACM0259-1500kbps.wmv.html
http://hotfile.com/dl/1489948/17100e4/ACM0258-1500kbps.wmv.html
http://hotfile.com/dl/1489986/0c262a0/ACM0257-1500kbps.wmv.html
http://hotfile.com/dl/1490024/edb2809/ACM0255-1500kbps.wmv.html
http://hotfile.com/dl/1490050/4dcbcfa/ACM0256-1500kbps.wmv.html
http://hotfile.com/dl/1490098/f5faf44/ACM0254-1500kbps.wmv.html
http://hotfile.com/dl/1490118/70642cc/ACM0254-1500kbps.wmv.html
http://hotfile.com/dl/1490154/43e32de/ACM0252-1500kbps.wmv.html
http://hotfile.com/dl/1490174/f139a61/ACM0253-1500kbps.wmv.html
http://hotfile.com/dl/1614375/7872f12f/ACM0251-1500kbps.wmv.html

http://hotfile.com/dl/1614498/5e9b584/ACM0250-1500kbps.wmv.html
http://hotfile.com/dl/1614642/75449cd/ACM0249-1500kbps.wmv.html
http://hotfile.com/dl/1614785/2a74a95/ACM0248-1500kbps.wmv.html
http://hotfile.com/dl/1614887/cf230d6/ACM0247-1500kbps.wmv.html
http://hotfile.com/dl/1615017/51b5741/ACM0246-1500kbps.wmv.html
http://hotfile.com/dl/1615119/4327752/ACM0245-1500kbps.wmv.html
http://hotfile.com/dl/1615423/c727255/ACM0244-1500kbps.wmv.html
http://hotfile.com/dl/1615673/7d60728/ACM0243-1500kbps.wmv.html
http://hotfile.com/dl/1615838/19d5ef6/ACM0242-1500kbps.wmv.html
http://hotfile.com/dl/1615967/6da5640/ACM0240-1500kbps.wmv.html
http://hotfile.com/dl/1616042/52f1a9c/ACM0241-1500kbps.wmv.html
http://hotfile.com/dl/1616182/678f9d1/ACM0239-1500kbps.wmv.html
http://hotfile.com/dl/1616304/6d6fb23/ACM0237-1500kbps.wmv.html
http://hotfile.com/dl/1616410/5b769bf/ACM0238-1500kbps.wmv.html
http://hotfile.com/dl/1616664/7f76d79/ACM0236-1500kbps.wmv.html
http://hotfile.com/dl/1616783/7f00fe0/ACM0234-1500kbps.wmv.html
http://hotfile.com/dl/1616855/a774471/ACM0235-1500kbps.wmv.html
http://hotfile.com/dl/1617050/36de31b/ACM0232-1500kbps.wmv.html
http://hotfile.com/dl/1617130/d3e992b/ACM0231-1500kbps.wmv.html
http://hotfile.com/dl/1617172/8ce7283/ACM0229-1500kbps.wmv.html
http://hotfile.com/dl/1617196/01d6d6a/ACM0230-1500kbps.wmv.html
http://hotfile.com/dl/1617211/cea08fc/ACM0228-1500kbps.wmv.html
http://hotfile.com/dl/1617246/ade6a9e/ACM0227-1500kbps.wmv.html
http://hotfile.com/dl/1617269/c035751/ACM0226-1500kbps.wmv.html
http://hotfile.com/dl/1617308/6f3329c/ACM0225-1500kbps.wmv.html
http://hotfile.com/dl/1617351/92082ee/ACM0223-1500kbps.wmv.html
http://hotfile.com/dl/1617411/a97024f/ACM0224-1500kbps.wmv.html

http://hotfile.com/dl/1617465/4225120/ACM0221-1500kbps.wmv.html
http://hotfile.com/dl/1617502/3c70a0b/ACM0222-1500kbps.wmv.html
http://hotfile.com/dl/1617548/751d0a3/ACM0220-1500kbps.wmv.html
http://hotfile.com/dl/1617583/2bdc27f/ACM0219-384kbps.wmv.html
http://hotfile.com/dl/1617620/97c78b9/ACM0217-1500kbps.wmv.html
http://hotfile.com/dl/1617656/1907fbb/ACM0216-1500kbps.wmv.html
http://hotfile.com/dl/1617700/63d9932/ACM0215-1500kbps.wmv.html
http://hotfile.com/dl/1617743/17fc4fe/ACM0214-1500kbps.wmv.html
http://hotfile.com/dl/1617774/ce76d61/ACM0212-1500kbps.wmv.html
http://hotfile.com/dl/1617807/aa94978/ACM0211-1500kbps.wmv.html
http://hotfile.com/dl/1617847/40c129a/ACM0209-1500kbps.wmv.html
http://hotfile.com/dl/1617886/593d47c/ACM0210-1500kbps.wmv.html
http://hotfile.com/dl/1617923/d0caad0/ACM0206-1500kbps.wmv.html
http://hotfile.com/dl/1617968/41a0281/ACM0205-1500kbps.wmv.html
http://hotfile.com/dl/1618002/ec2f710/ACM0204-1500kbps.wmv.html
http://hotfile.com/dl/1618036/59e8b7d/ACM0202-1500kbps.wmv.html
http://hotfile.com/dl/1618075/d75bae3/ACM0198-1500kbps.wmv.html
http://hotfile.com/dl/1618111/d44b6cc/ACM0199-1500kbps.wmv.html
http://hotfile.com/dl/1618141/771e342/ACM0200-1500kbps.wmv.html
http://hotfile.com/dl/1618195/5115267/ACM0197-1500kbps.wmv.html
http://hotfile.com/dl/1618236/d5598e6/ACM0194-1500kbps.wmv.html
http://hotfile.com/dl/1618271/1b90581/ACM0193-1500kbps.wmv.html
http://hotfile.com/dl/1618307/89b498b/ACM0192-1500kbps.wmv.html
http://hotfile.com/dl/1618349/963a5a8/ACM0190-1500kbps.wmv.html
http://hotfile.com/dl/1618375/d5e2607/ACM0191-1500kbps.wmv.html
http://hotfile.com/dl/1618405/95b0a70/ACM0189-1500kbps.wmv.html
http://hotfile.com/dl/1618421/a255bbc/ACM0188-1500kbps.wmv.html

http://hotfile.com/dl/1618439/33b39b8/ACM0186-1500kbps.wmv.html
http://hotfile.com/dl/1618466/c38196a/ACM0185-1500kbps.wmv.html
http://hotfile.com/dl/1618516/55f5f46/ACM0184-1500kbps.wmv.html
http://hotfile.com/dl/1618540/3251dc0/ACM0183-1500kbps.wmv.html
http://hotfile.com/dl/1618563/ef7c721/ACM0181-1500kbps.wmv.html
http://hotfile.com/dl/1618589/8df7a89/ACM0182-1500kbps.wmv.html
http://hotfile.com/dl/1618618/b83378a/ACM0180-1500kbps.wmv.html
http://hotfile.com/dl/1618638/abcb674/ACM0179-1500kbps.wmv.html
http://hotfile.com/dl/1618657/5ec9f76/ACM0177-1500kbps.wmv.html
http://hotfile.com/dl/1618677/252b121/ACM0178-1500kbps.wmv.html
http://hotfile.com/dl/1618700/3bc6046/ACM0175-1500kbps.wmv.html
http://hotfile.com/dl/1618726/2b7a4e9/ACM0176-1500kbps.wmv.html
http://hotfile.com/dl/1618782/18645e3/ACM0174-1500kbps.wmv.html
http://hotfile.com/dl/1618803/7f34c3b/ACM0173-1500kbps.wmv.html
http://hotfile.com/dl/1618829/2f12d9c/ACM0172-1500kbps.wmv.html
http://hotfile.com/dl/1618854/1159dfc/ACM0171-1500kbps.wmv.html
http://hotfile.com/dl/1618862/a29a327/ACM0170-1500kbps.wmv.html
http://hotfile.com/dl/1618868/b5b26e2/ACM0168-1500kbps.wmv.html
http://hotfile.com/dl/1618877/8a66c86/ACM0166-1500kbps.wmv.html
http://hotfile.com/dl/1618901/f6f31ed/ACM0167-1500kbps.wmv.html
http://hotfile.com/dl/1618937/d8575d3/ACM0165-1500kbps.wmv.html
http://hotfile.com/dl/1618978/406e22d/ACM0164-1500kbps.wmv.html
http://hotfile.com/dl/1618984/685b839/ACM0163-1500kbps.wmv.html
http://hotfile.com/dl/1618997/a99ae4f/ACM0162-1500kbps.wmv.html
http://hotfile.com/dl/1619010/1932c16/ACM0160-1500kbps.wmv.html
http://hotfile.com/dl/1619030/f8a53ac/ACM0159-1500kbps.wmv.html
http://hotfile.com/dl/1615546/69c5fdd/ACS0192-1500kbps.wmv.html

http://hotfile.com/dl/1980188/72f05a3/ACM0677-1500kbps.wmv.html
http://hotfile.com/dl/2147421/2a0e196/ACM0100-1500kbps.wmv.html
http://hotfile.com/dl/2147444/194c822/ACM0098-1500kbps.wmv.html
http://hotfile.com/dl/2147476/d7eb4ab/ACM0097-1500kbps.wmv.html
http://hotfile.com/dl/2147498/9c620ef/ACM0096-1500kbps.wmv.html
http://hotfile.com/dl/2147531/2f7b373/ACM0094-1500kbps.wmv.html
http://hotfile.com/dl/2147551/bd953f2/ACM0091-1500kbps.wmv.html
http://hotfile.com/dl/2147588/edeb1a4/ACM0090-1500kbps.wmv.html
http://hotfile.com/dl/2147619/315bb72/ACM0088-1500kbps.wmv.html
http://hotfile.com/dl/2147631/0ec53b3/ACM0087-1500kbps.wmv.html
http://hotfile.com/dl/2147656/8ec9b74/ACM0086-1500kbps.wmv.html
http://hotfile.com/dl/2147697/d42e856/ACM0084-1500kbps.wmv.html
http://hotfile.com/dl/2147739/d135f06/ACM0081-1500kbps.wmv.html
http://hotfile.com/dl/2147764/d3882d9/ACM0080-1500kbps.wmv.html
http://hotfile.com/dl/2147778/427261c/ACM0079-1500kbps.wmv.html
http://hotfile.com/dl/2147789/bb42747/ACM0078-1500kbps.wmv.html
http://hotfile.com/dl/2147803/d308bc8/ACM0077-1500kbps.wmv.html
http://hotfile.com/dl/2147828/0cdc257/ACM0075-1500kbps.wmv.html
http://hotfile.com/dl/2147854/b8cd934/ACM0073-1500kbps.wmv.html
http://hotfile.com/dl/2147904/ea1135c/ACM0071-1500kbps.wmv.html
http://hotfile.com/dl/2147913/9e2eb27/ACM0069-1500kbps.wmv.html
http://hotfile.com/dl/2147929/d53293c/ACM0066-1500kbps.wmv.html
http://hotfile.com/dl/2147948/578bf9b/ACM0065-1500kbps.wmv.html
http://hotfile.com/dl/2147961/9273242/ACM0064-1500kbps.wmv.html
http://hotfile.com/dl/2147981/7c536a2/ACM0063-1500kbps.wmv.html
http://hotfile.com/dl/2147990/81fac6c/ACM0062-1500kbps.wmv.html
http://hotfile.com/dl/2148002/4ac4bca/ACM0061-1500kbps.wmv.html

http://hotfile.com/dl/2148012/e73b467/ACM0060-1500kbps.wmv.html
http://hotfile.com/dl/2148041/3360eb7/ACM0056-1500kbps.wmv.html
http://hotfile.com/dl/2148059/d5d6dcb/ACM0055-1500kbps.wmv.html
http://hotfile.com/dl/2148098/596e92c/ACM0049-1500kbps.wmv.html
http://hotfile.com/dl/2148108/96b158f/ACM0050-1500kbps.wmv.html
http://hotfile.com/dl/2148118/0ee5b59/ACM0047-1500kbps.wmv.html
http://hotfile.com/dl/2148133/e842cf7/ACM0045-1500kbps.wmv.html
http://hotfile.com/dl/2148153/8629279/ACM0040-1500kbps.wmv.html
http://hotfile.com/dl/2148175/889bfea/ACM0038-1500kbps.wmv.html
http://hotfile.com/dl/2148202/c526cd3/ACM0036-1500kbps.wmv.html
http://hotfile.com/dl/2148216/9c47465/ACM0033-1500kbps.wmv.html
http://hotfile.com/dl/2148234/37a4dee/ACM0032-1500kbps.wmv.html
http://hotfile.com/dl/2148246/d818989/ACM0030-1500kbps.wmv.html
http://hotfile.com/dl/2148253/526c587/ACM0027-1500kbps.wmv.html
http://hotfile.com/dl/2148263/3e550ef/ACM0028-1500kbps.wmv.html
http://hotfile.com/dl/2148266/950cec8/ACM0026-1500kbps.wmv.html
http://hotfile.com/dl/2148279/33d401f/ACM0021-1500kbps.wmv.html
http://hotfile.com/dl/2148388/c17ef14/ACM0019-1500kbps.wmv.html
http://hotfile.com/dl/2148380/fff4cc0/ACM0018-1500kbps.wmv.html
http://hotfile.com/dl/2148374/0060877/ACM0016-1500kbps.wmv.html
http://hotfile.com/dl/2148361/6d4ee88/ACM0015-1500kbps.wmv.html
http://hotfile.com/dl/2148347/d55a547/ACM0012-1500kbps.wmv.html
http://hotfile.com/dl/2148340/54e9d84/ACM0011-1500kbps.wmv.html
http://hotfile.com/dl/2148323/cacd015/ACM0010-1500kbps.wmv.html
http://hotfile.com/dl/2148319/076e771/ACM0008-1500kbps.wmv.html
http://hotfile.com/dl/2148306/70144ad/ACM0003-1500kbps.wmv.html
http://hotfile.com/dl/2148297/c57e1f6/ACM0002-1500kbps.wmv.html

http://hotfile.com/dl/2148288/3f96697/ACM0001-1500kbps.wmv.html
http://hotfile.com/dl/1983646/f85980d/ACM0102-1500kbps.wmv.html
http://hotfile.com/dl/1983581/d4a05a4/ACM0103-1500kbps.wmv.html
http://hotfile.com/dl/1983521/a90a851/ACM0104-1500kbps.wmv.html
http://hotfile.com/dl/1983447/17b8bb1/ACM0105-1500kbps.wmv.html
http://hotfile.com/dl/1983381/36c112a/ACM0106-1500kbps.wmv.html
http://hotfile.com/dl/1983310/6a810ea/ACM0107-1500kbps.wmv.html
http://hotfile.com/dl/1983250/66e750c/ACM0108-1500kbps.wmv.html
http://hotfile.com/dl/1983176/f50e755/ACM0109-1500kbps.wmv.html
http://hotfile.com/dl/1983101/ae5e105/ACM0111-1500kbps.wmv.html
http://hotfile.com/dl/1983015/3810910/ACM0113-1500kbps.wmv.html
http://hotfile.com/dl/1982967/43769a9/ACM0114-1500kbps.wmv.html
http://hotfile.com/dl/1982901/b7f80cd/ACM0115-1500kbps.wmv.html
http://hotfile.com/dl/1982849/31eb35f/ACM0116-1500kbps.wmv.html
http://hotfile.com/dl/1982783/bba71e5/ACM0117-1500kbps.wmv.html
http://hotfile.com/dl/1982720/93d0367/ACM0119-1500kbps.wmv.html
http://hotfile.com/dl/1982658/b24d322/ACM0120-1500kbps.wmv.html
http://hotfile.com/dl/1982573/a51b992/ACM0121-1500kbps.wmv.html
http://hotfile.com/dl/1982512/b7932af/ACM0122-1500kbps.wmv.html
http://hotfile.com/dl/1982468/14d0127/ACM0125-1500kbps.wmv.html
http://hotfile.com/dl/1982420/a470a95/ACM0126-1500kbps.wmv.html
http://hotfile.com/dl/1982354/668f856/ACM0128-1500kbps.wmv.html
http://hotfile.com/dl/1982297/862bca9/ACM0129-1500kbps.wmv.html
http://hotfile.com/dl/1982230/ece8bca/ACM0130-1500kbps.wmv.html
http://hotfile.com/dl/1982193/e8c3ebb/ACM0131-1500kbps.wmv.html
http://hotfile.com/dl/1982159/61eb94a/ACM0132-1500kbps.wmv.html
http://hotfile.com/dl/1982118/9629f85/ACM0133-1500kbps.wmv.html

http://hotfile.com/dl/1982066/9441ab1/ACM0134-1500kbps.wmv.html
http://hotfile.com/dl/1982021/2dde9f8/ACM0135-1500kbps.wmv.html
http://hotfile.com/dl/1981962/2438dea/ACM0136-1500kbps.wmv.html
http://hotfile.com/dl/1981859/e33b763/ACM0137-1500kbps.wmv.html
http://hotfile.com/dl/1981736/580f44e/ACM0138-1500kbps.wmv.html
http://hotfile.com/dl/1981666/459838c/ACM0139-1500kbps.wmv.html
http://hotfile.com/dl/1981623/66efc02/ACM0140-1500kbps.wmv.html
http://hotfile.com/dl/1981592/2c05c68/ACM0141-1500kbps.wmv.html
http://hotfile.com/dl/1981551/ef9611a/ACM0142-1500kbps.wmv.html
http://hotfile.com/dl/1981427/8d18ede/ACM0143-1500kbps.wmv.html
http://hotfile.com/dl/1981378/7cd9364/ACM0144-1500kbps.wmv.html
http://hotfile.com/dl/1981061/7ba9026/ACM0145-1500kbps.wmv.html
http://hotfile.com/dl/1981030/d007eb7/ACM0147-1500kbps.wmv.html
http://hotfile.com/dl/1980994/26d78a1/ACM0148-1500kbps.wmv.html
http://hotfile.com/dl/1980959/ee34acc/ACM0149-1500kbps.wmv.html
http://hotfile.com/dl/1980909/f8cdad2/ACM0150-1500kbps.wmv.html
http://hotfile.com/dl/1980834/cb6e146/ACM0151-1500kbps.wmv.html
http://hotfile.com/dl/1980795/5d44435/ACM0152-1500kbps.wmv.html
http://hotfile.com/dl/1980749/267d68b/ACM0153-1500kbps.wmv.html
http://hotfile.com/dl/1980691/5fadaf1/ACM0154-1500kbps.wmv.html
http://hotfile.com/dl/1980640/d227da5/ACM0155-1500kbps.wmv.html
http://hotfile.com/dl/1980606/767084f/ACM0156-1500kbps.wmv.html
http://hotfile.com/dl/1980569/1a4b387/ACM0157-1500kbps.wmv.html
http://hotfile.com/dl/2329493/93a4244/ACM0678-1500kbps.wmv.html
http://hotfile.com/dl/2453697/0809e03/ACM0679-1500kbps.wmv.html
http://hotfile.com/dl/2498517/020bab1/ACM0679-1500kbps.wmv.html
http://hotfile.com/dl/2696177/696cf6d/ACS0194-1500kbps.wmv.html