UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61349-MC-DIMITROULEAS

In re: Corbin Fisher: The identification of
John Does 1-500 Pursuant to the Digital
Millennium Copyright Act of 1998
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon the Court's March 1, 2010 Second Order to Show Cause [DE-16] why this case should not be administratively closed. The Court has carefully considered the court record, the Status Report Submitted in Response to Court's Order to Show Cause Why Case Should Not be Dismissed [DE-17], noting that there has been no record activity in this matter since the November 18, 2009 Order Denying Without Prejudice Motion to Quash Subpoena [DE-13], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk shall administratively **CLOSE** this case and **DENY** all pending motions as moot.

2. The Court shall retain jurisdiction for any subsequent ancillary matters that may be appropriate.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of March, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record